

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

FEB 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Grand Sheik LYONEL LOVE EL, ) | |
| Assistant Grand Sheikess MOALT LOVE EL ) | |
| ) | **CASE NO.** |
| **Plaintiff** ) | |
| V. ) | |
| ) | 1:25-cv-01608 |
| **J.B. PRITZKER, ALEXI GIANNOULIAS** ) | Judge Georgia N Alexakis |
| **TONI PRECKWINKLE, MONICA GORDON** ) | Magistrate Judge Keri L. Holleb Hotaling |
| **& BRANDON JOHNSON** ) | RANDOM / CAT.2 |
| ) | |
| **Defendants.** ) | |

**COMPLAINT**

Comes now the Plaintiff, Your Affiant, being of sound mind and over the age of 21 under the Penalty of Perjury states the following facts:

Plaintiff goal is to remand this case to the Supreme Court For The United States of America and/or the International Court System for remedy for the amount demanded in the complaint $25,000,000.00.

1. **Noble Drew Ali, affectionately known as Prophet Noble Drew Ali, who is the greatest American Patriot that the world has never known who has taught the whole world the truth about the Moors, Moorish Americans, being the mothers and fathers of civilizations instead of the misnomers of negroes, colored folks, black people, Eithiopians, etc,.**

2. **If a survey of a hundred random citizens was given within any major city within the United States of America, one would be hard pressed to find 10 Moorish American citizens that have heard of Noble Drew Ali, but ironically in stark contrast Dr. Martin Luther King. Jr has become a household name with his birthday being a national holiday.**

3. **In the year of 1986 Chicago Mayor Harold Washington was the first to officially give recognition that was long overdue in the form of a Proclamation which was followed up by Mayor Rahm Emmanuel in 2011 stating the following:**

**Office of the Mayor**
**City of Chicago**
**PROCLAMATION**

WHEREAS, the Moorish Americans are the descendants of ancient Moabites, Hamitites, and Canaanites who were permitted by the Old Pharaohs of Kemet to

traverse from East Africa and later formed themselves kingdoms extending from the Northwestern and Southwestern shores of Africa, the Atlantic Islands onto the Present day Continental Americas; and

WHEREAS, the Indigenous Moorish Peoples of the Americas are now united in order to link themselves with the family of nations, and

WHEREAS, the Moorish Americans, being aboriginal to the North, South, and Central Americas, have formed a Sovereign Theocratic Government guided by the command principles of Love, Truth, Peace, Freedom, and Justice through virtue of the Universal Right of self-determination as well as with the Declaration of the Rights of Indigenous Peoples guaranteed in the Charter, and

WHEREAS, on January 8, 1886, Noble Drew Ali, was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali" by the Heads of Egypt and the Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th Amendment, Moorish people were emancipated from slavery in 1865:

NOW THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO, and urge all residents to recognize the events planned for this time.

Dated this 22nd day of December, 2011.

Signed Rahm Emanuel

MAYOR

4. Your Affiant, has for better or worse, taken on the massive corrupted media complex and its systemic annual avalanche of lies who have sought to suppress the works of one who was destined to redeem his people from mental slavery and wilfully ignore, and to weaponize the system against anyone who would dare to challenge the status quo.

5. Your Affiant has experienced hardship of epic proportions due to the actions of an ignorant majority being isolated and denied access due to fake poverty and fake news.

6. Your Affiants' family has been divided due to COINTELPRO tactics with one side being given opportunities to grow being gainfully employed while the others have

been forced to endure extreme fake poverty for holding fast to the faith and principles the Founder, Prophet Noble Drew Ali, who instructed the members to Love instead of to hate.

7. Your Affiant also demands that all Judges and other representatives of the People be held accountable for their treasonable actions when they have been found guilty of being in violation and breaching their oaths of office to support, defend, and uphold the Constitution for the United States of America which is punishable by death.

8. Your Affiant will show on a case by case basis how law-fare has been utilized against the Moorish Science Temple of America as a Body Politic and Corporate to deny and delay justice to the only Moorish group that has adhered to the vision of the Founder, Prophet Noble Drew Ali completely securing the legacy to remove the generational curses that has victimized a whole nation of people due to wilful ignorance.

## APPLICABLE LAWS TO GOVERN CASE AND THE SPECIFIC PERFORMANCE OF THE EXPRESS TRUST OF DOCUMENT NO. 10105905 RECORDED AS THE LARGEST LAND TRUST RECEIVING PERMISSION AS THE PRESENT MOROCCAN EMPIRE AS THE HEIRS TO THE VAST ESTATE

9. The Articles of Association: First Continental Congress of the United States of America, 1774.
10. The Declaration of Independence: Second Continental Congress of the United States of America, 1776.
11. The Articles of Confederation for the United States of America, Agreed to by Congress November 15, 1777; ratified and in force, March 1, 1781.
12. The Northwest Ordinance, territories to become republic forms of government, in force since July 13, 1787.
13. The Constitution for the United States of America, inaugurated in New York City on March 4, 1789.
14. The Bill of Rights, Amendments I through X, adopted by Congress on September 30th, 1789.
15. The Original Organic Constitution For the State of Illinois of 1818, and admission to the Union on August 26, 1818.
16. Document # 10105905, Recorded on August 1, 1928 @ 2:52 PM Book 521, Page 79 Affidavit of Organization-Religious Corporation.

## PLAINTIFF PUTS COURT ON MANDATORY JUDICIAL NOTICE OF PLAINTIFFS' BIRTHRIGHTS AND STATUS AS A TRUE AMERICAN CITIZEN, INTENTION TO ESTABLISH MOORISH AMERICAN WEEK AS A

**HOLIDAY FROM THE 8TH THROUGH THE 15TH OF JANUARY AS A NATIONAL WEEK OFF INCLUSIVE OF DREW ALI AND MLK. JR.**

17. To make the Moorish hordes aware of the importance and the significance of the contributions Noble Drew Ali as a patriot whose role in securing the international Mandate receiving recognition amongst the nations of the Earth was one of the most monumental accomplishments of the modern era changing the trajectory of the Moorish American Nation.

18. Due to the systemic setbacks imposed upon a whole nation of people the remedy of restoring and making the Moorish contributions valid belongs to the Biden and/or the Trump administration beyond should it prove to be necessary.

19. Ignorance of the law is no excuse and let the record reflect that the Trump administration contributed to the ignorance of the annual avalanche of lies as well which will no longer be tolerated regardless of the administration.

20. Some of the examples that has affected Your Affiants' administrative access to the Trust includes but is not limited to:

    A. On July 21, 2016 Your Affiant and his Assistant Grand Sheikess Moalt D. Love EL while on the premises of the then Recorder of Deeds Office located at 118 North Clark Street (where Document # 10105905 is actually filed) the question was asked about "unincorporated land" at which time security for the Cook County Recorder of Deed/Registrar of Torrens Titles and deputies of the Cook County Sheriff were summoned to escort Your Affiant and his Assistant off of the premises with the said ban being in place unconstitutionally blocking the Love EL administration from accessing the Trust as recently as January of 2025.

    B. Your Affiant has been subjected to a treasonous Federal court appointee John Robert Blakey who has used his position to oppose remedy in Case # 24-cv-13390 and removing his immunity by violating his oath by making light of Your Affiants' status and discriminating against Moorish American Moslems attempting to characterize Your Affiants' filings as "frivolous", "fantastic", and "delusional".

    C. All Federal Judges have taken an oath of Office to support, defend, and uphold the Constitution for the United States of America which states that only Congress has the power to coin money, gold and silver, in accordance to HJR 192, and to extend credit in the form of commercial paper (in the form of birth certificates, social security cards, promissory notes, IBOE (International Bills of Exchange).

    D. Your Affiant has been effectively neutralized by fake poverty unable to provide for his family being blocked from access to one of the largest trust due to the activities of treasonous members of the BAR judges and attorneys who are in wilful ignorance of the law.

E. The designation as a Body Politic organized under the Religious Corporation Act (County Jurisdiction) rather that the "State of Illinois" General Not-for-Profit Corporation which has been wilfully conflated as stated by then Cook County Assistant State's Attorney Daniel Brennan in Case No 17 CH 04526 Moorish Science Temple of America vs State of Illinois et. al. causing hardship against your Affiant.

F. In case # 24-cv-12289 Love EL v. Mercedes Benz Chicago et al Sunil R. Harjani denies Your Affiants' application for leave to proceed in forma pauperis without prejudice claiming that "the complaint is dismissed in its entirety without prejudice for being frivolous" citing Luevano v. Wal-mart Stores, Inc., which has nothing to do with the utilization of International Bills of Exchange to deny relief on the tired old basis of "failure to state a claim upon which relief can be granted", setting a disturbing trend to wilfully ignore the aforementioned laws in favor of statutes designed to maintain a corrupt status quo.

G. In case # 24-cv-Sook et al Georgia N. Alexakis denies Your Affiants' access to justice by ironically stating that "Congress directed that the "clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee" Your Affiant includes the following laws to his signature- "All Rights Reserved-UCC-1-207, UCC-1-308" everytime to preserve his unalienable rights and yet the courts are in wilful ignorance of the Uniform Commercial Codes as well as the aforementioned laws that preserves the rights of the citizens.

H. In case # 24-cv-12384 Love EL v. Joseph R. Biden Martha M. Pacold denies Your Affiants' access to justice by continuing a disturbing trend by stating the following, "District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." thus setting a dangerous precedent that ironically sets up a two tier system of justice that President Donald J. Trump was attempting to distance himself away from and with Martha M. Pacold being one of his appointees giving the impression that it is more of the same. Justice should not have a price tag on it because might doesn't make right. It appears elitist and out of touch when someone that has a lifetime appointment deems the pleadings of a true American citizen as "frivolous" and "defective" when nothing could be further from the truth.

I. Your Affiant had to order that whole page at the Tract Department to locate Document # 11551822 filed by Sheik Jesse Shelby EL which was deliberately hidden to confuse Moorish Americans about the Trust hidden to dissuade the Moorish descendants towards confusion and disorganization.

J. Your Affiant also took notice that during the Administration of Sidney R. Olson that the following was filed "I, SIDNEY R. OLSON, Recorder of Deeds, and

Keeper of the Records of said Recorder of Deeds, in and for said County, In the State aforesaid, Do Hereby Certify, that the following is a true and correct photographic copy of the record of a certain Instrument filed in said Office the First day of August A.D 1928 as Document No 10105905 and recorded in Book 521 of Records at pages 79 also Jacket    Page 1

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Chicago, this Sixteenth day of June A.D. 1981 Sydney R. Olsen"

21. Let the record reflect that the State of Illinois has been engaged Law-Fare against against Your Affiant and his family in order to suppress the influence of greatness and nobility of Prophet Noble Drew Ali in order to create chaos and confusion as part of a conspiracy to scale back the generational wealth of Vast Estate and Trust.

**\*\*\*\*\*\*\*ALL RIGHTS RESERVED AS THE SUCCESSORS TO THE PME- THE LOVE EL ADMINISTRATION\*\*\*\*\*\*\***

## CHAPTER XLV
## THE DIVINE ORIGIN OF THE ASIATIC NATIONS

**1. The fallen sons and daughters of the Asiatic Nation of North America need to learn to love instead of hate; and to know their higher self and lower self. This is the uniting of the Holy Koran of Mecca, for teaching and instructing all Moorish Americans, etc. 2. The key of civilization was and is in the hands of the Asiatic nations. The Moorish, who were ancient Moabites, and the founders of the Holy City of Mecca. 3. The Egyptians who were the Hamathites, and of a direct descendant of Mizraim, the Arabians, the seed of Hagar, Japanese and Chinese. 4. The Hindoos of India, the descendants of the ancient Canaanites, Hittites, and Moabites of the land of Canaan. 5. The Asiatic nations of North, South, and Central America: the Moorish Americans and Mexicans of North America, Brazilians, Argentinians and Chilians in South America. 6. Columbians, Nicaraguans, and the natives of San Salvador in Central America, etc. All of these are Moslems. 7. The Turks are the true descendants of Hagar, who are the chief protectors of the Islamic Creed of Mecca; beginning from Mohammed the First, the founding of the uniting of Islam, by the command of the great universal God--Allah.**

## CHAPTER XLVI
## THE BEGINNING OF CHRISTIANITY

**1. The foundation of Christianity began in Rome. The Roman nations founded the first Church, of whom crucified Jesus of Nazareth for seeking to redeem His people from under the Roman yoke and law. 2. Jesus himself was of the true blood of the ancient Canaanites and Moabites and the inhabitants of Africa. 3. Seeking to redeem His people in those days**

from the pressure of the pale skin nations of Europe, Rome crucified Him according to their law. 4. Then Europe had peace for a long time until Mohammed the First came upon the scene and fulfilled the works of Jesus of Nazareth. 5. The holy teaching of Jesus was to the common people, to redeem them from under the great pressure of the hands of the unjust. That the rulers and the rich would not oppress the poor. Also that the lion and the lamb may lay down together and neither would be harmed when morning came. 6. These teachings were not accepted by the rulers, neither by the rich; because they loved the principles of the ten commandments. 7. Through the ten commandments the rulers and the rich live, while the poor suffer and die. 8. The lamb is the poor people, the lion is the rulers and the rich, and through Love, Truth, Peace, Freedom, and Justice all men are one and equal to seek their own destiny; and to worship under their own vine and fig tree. After the principles of the holy and divine laws of their forefathers. 9. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days, and it is through Love, Truth, Peace, Freedom, and Justice being taught universally to all nations, in all lands.

## CHAPTER XLVII
### EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF AFRICA

1. The inhabitants of Africa are the descendants of the ancient Canaanites from the land of Canaan. 2. Old man Cush and his family are the first inhabitants of Africa who came from the land of Canaan. 3. His father Ham and his family were second. Then came the word Ethiopia, which means the demarcation line of the dominion of Amexem, the first true and divine name of Africa. The dividing of the land between the father and the son. 4. The dominion of Cush, North-East and South-East Africa and North-West and South-West was his father's dominion of Africa. 5. In later years many of their brethren from Asia and the Holy Lands joined them. 6. The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite, and Amorite brethren who sojourned from the land of Canaan seeking new homes. 7. Their dominion and inhabitation extended from North-East and South-West Africa, across great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean. 8. The River Nile was dredged and made by the ancient Pharaohs of Egypt, in order to trade with the surrounding kingdoms. Also the Niger river was dredged by the great Pharaoh of Egypt in those ancient days for trade, and it extends eastward from the River Nile, westward across the great Atlantic. It was used for trade and transportation. 9. According to all true and divine records of the human race there is no negro, black, or colored race attached to the human family, because all the inhabitants of Africa were and are of the human race, descendants of the ancient Canaanite nation from the holy land of

Canaan. 10. What your ancient forefathers were, you are today without doubt or contradiction. 11. There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself. 12. These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America. 13. These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America. That they will learn to open their meeting and guide it according to the principles of Love, Truth, Peace, Freedom and Justice. 14. Every subordinate Temple of the Grand-Major Temple is to form under the covenant of Love, Truth, Peace, Freedom and Justice; and to create their own laws and customs, in conjunction with the laws of the Holy Prophet and the Grand Temple. I, the Prophet, Noble Drew Ali, was sent by the great God, Allah, to warn all Asiatics of America to repent from their sinful ways; before that great and awful day that is sure to come. 15. The time has come when every nation must worship under its own vine and fig tree, and every tongue must confess his own. 16. Through sin and disobedience every nation has suffered slavery, due to the fact that they honored not the creed and principles of their forefathers. 17. That is why the nationality of the Moors was taken away from them in 1774 and the word negro, black and colored, was given to the Asiatics of America who were of Moorish descent, because they honored not the principles of their mother and father, and strayed after the gods of Europe of whom they knew nothing.

## CHAPTER XLVIII
## THE END OF TIME AND THE FULFILLING OF THE PROPHECIES

1. The last Prophet in these days is Noble Drew Ali, who was prepared divinely in due time by Allah to redeem men from their sinful ways; and to warn them of the great wrath which is sure to come upon the earth. 2. John the Baptist was the forerunner of Jesus in those days, to warn and stir up the nation and prepare them to receive the divine creed which was to be taught by Jesus. 3. In these modern days there came a forerunner of Jesus, who was divinely prepared by the great God-Allah and his name is Marcus Garvey, who did teach and warn the nations of the earth to prepare to meet the coming Prophet; who was to bring the true and divine Creed of Islam, and his name is Noble Drew Ali who was prepared and sent to this earth by Allah, to teach the old time religion and the everlasting gospel to the sons of men. That every nation shall and must worship under their own vine and fig tree, and return to their own and be one with their Father God-Allah. 4. The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter; the prophet has them to issue to every state throughout the United States, etc. 5. That the world may hear and know the truth, that among the descendants of Africa there is still much wisdom to be learned in these days for the redemption of the sons of men under Love, Truth, Peace, Freedom, and

Justice. 6. We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth. 7. Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their earthly salvation. 8. While we, the Moorish Americans are returning to Islam, which was founded by our forefathers for our earthly and divine salvation. 9. The covenant of the great God-Allah: "Honor thy father and thy mother that thy days may be longer upon the earth land, which the Lord thy God, Allah hath given thee!" 'The Holy Koran Of The Moorish Science Temple Of America' 10. Come all ye Asiatics of America and hear the truth about your nationality and birthrights, because you are not negroes. Learn of your forefathers ancient and divine Creed. That you will learn to love instead of hate. 11. We are trying to uplift fallen humanity. Come and link yourselves with the families of nations. We honor all the true and divine prophets.

*******ALL RIGHTS RESERVED AS THE SUCCESSORS TO THE PME- THE LOVE EL ADMINISTRATION*******

### HAINES VS KERNER AS A STANDARD FOR PLAINTIFF'S SUIT

Much like the Petitioner, Francis Haines, Your Affiant is not licensed to practice law but should not be barred from because Your Affiant is a Abraham Lincoln type of Lawyer who is familiar and articulate enough with the procedure to make the Record. After witnessing the lawfare against President-Elect Donald J. Trump it is clearly evidence that the fake news media was weaponized against him because he dared to go against a system that did everything in its power (including but not limited to attempting to bankrupt him, falsely charging him to imprison him, to assassinate him) silence him revealing everything the is wrong when the government becomes out of touch with the People who they were appointed to serve.

Your Affiant has too experienced the Tyrannical aspects of this Court system much like President-Elect Donald J. Trump and have written a book about said experience which occurred before the Trump Presidency. Your Affiant therefore demands that the defendants pay $25,000,000.00 to make Your Affiants whole.

### MANDATORY JUDICIAL NOTICE TO CEASE AND DESIST-INJUNCTION AGAINST LAW-FARE BEING UTILIZED AGAINST THE PLAINTIFF/YOUR AFFIANT

The following offenses against the Plaintiff has been "Systemic in its application" and under the color of law including but not limited to:

1. Federal and state sponsored public slander campaigns.
2. Illegal searches and confiscation of property.
3. Warrant-less surveillance by security, police, including special divisions of municipal and state police.
4. Severe prohibitions against construction and repair of places of worship.
5. Denial of the right of freedom of expression to identify as Moors.
6. Denial of the right of freedom of expression to identify using their Moorish Islamic names.
7. Denial of right to assemble coupled by relegation of Moorish Corporate Body Politics to illegal status through arbitrary registration laws.
8. Prohibitions against the pursuit of education or public office.
9. Prohibitions against possessing Moorish national, corporate and tribal identification and materials.
10. Moors in many U.S. states face such severe and violent forms of discrimination.

### THE DIVINE WARNING OF THE PROPHET FOR THE NATIONS

The citizens of all free national governments according to their national constitution are all of one family bearing one free national name. Those who fail to recognize the free national name of their constitutional government are classed as undesirables, and are subject to all inferior names and abuses and mistreatments that the citizens care to bestow upon them. And it is a sin for any group of people to violate the national constitutional laws of a free national government and cling to the names and principles that delude to slavery. I, The Prophet, was prepared by The Great God Allah to warn my people to repent from their sinful ways and go back to that state of mind to their forefathers' Divine and national principles that they will be law-abiders and receive their divine rights as citizens, according to the free national constitution that was prepared for all free national beings. They are to claim their own free national name and religion. There is but one issue for them to be recognized by this government and of the earth and it comes only through the connection of the Moorish Divine and National Movement which is incorporated in this government and recognized by all the other nations of the world. And through it they and their children can receive their Divine rights unmolested by other citizens that they can cast a free national ballot at the polls under the free national constitution of the States Government and not under a granted privilege as has been the existing condition for many generations. You who doubt whether I, the Prophet, and my principles are right for my people, go to those that know law, in the City Hall and among your officials in your government and ask them under and intelligent tone, and they will be happy to render you a favorable reply, for they are glad to see me bring you out of darkness into light. Money doesn't make the man, it is free national standards and power that makes a man and a nation. The wealth of all national governments, belongs to the

citizens alone and without your national citizenship by name and principles, you have no truth wealth, and I am hereby calling on all true citizens that stand for a free national government, and the enforcement of the constitution to help me in my great missionary work because I need all support from all true American citizens of the United States of America. Help me to save my people who have fallen from the constitutional laws of government. I am depending on your support to get them back to the constitutional fold again so that they will learn to love instead of hate, and will live according to Love, Truth, Peace, Freedom, and Justice, supporting our free national constitution of the United States of America. I love my people and I desire their unity and mine back to their own National and Divine standard because day by day they have been violating the laws of their government by claiming names and principles that are unconstitutional. If Italians, Greeks, English, Chinese, Japanese, Turks, and Arabians are forced to proclaim their free national name and religion before the constitutional government of the United States of America, it is no more than right that the law be enforced upon all other American citizens alike. In all other governments when a man is born and raised there and asked for his national descent name and if he fails to give it, he is misused, imprisoned, or exiled. Any group of people that fail to answer up to the constitutional standards of law by name and principles, because to be a citizen of any government you must claim your national descent name. Because they place trust upon issue and names formed by their forefathers. The word Negro deludes in the Latin langauge to the word nigger; the same as the word "colored" deludes to anything that is painted, varnished or dyed. And every nation must bear a national descent name of their forefathers, because honoring thy fathers and thy mothers, your days will be lengthened upon this Earth. These names have never been recognized by any True American citizen of this day. Through your free national name you are known and recognized by all nations of the earth that are all recognized by said national government in which they live. The 14th and 15th Amendments brought the North And South in unit, placing the Southerners who were at that time without power, with the constitutional body of power. The free national constitutional law that was enforced since 1774 declared all men equal and free, and if all men are declared by the free national constitution to be free and equal since that constitution since that constitution has never been changed, there is no need or the application of the 14th and 15th Amendments for the Salvation of our people and citizens. So, there isn't just one supreme issue for my people to use to redeem that which was lost, and that is through the above statements. Then the lion and the lamb can lie down in yonder hills. And neither will be harmed. Because Love, Truth, Peace, Freedom and Justice will be reigning in this land. In those days the United States will be one of the greatest civilized and prosperous governments of the world. But if the above principles are ot carried out by the citizens and my people in this government, the worst is yet to come, because the Great God of the Universe is not pleased with the works that are being performed in North America by my people and this great sin must be removed from the

land to save it from enormous earthquakes, diseases, etc. And I, the Prophet, do herein believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free national constitution and laws and through the help of such classes of citizens. I, the Prophet, truly believe that my people will find the true and Divine way of their forefathers, and learn to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them. So, I, the Prophet, am hereby calling aloud with a Divine plea to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically, or economically, etc., in there present condition of endeavorment in which they themselves try to force upon a civilized world, they will not refrain their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. And they fought the Southerner or all these great misuses, but I have travelled to the South and have examined conditions there, and it is the works of my people continuously practicing the things that bring dishonor, disgrace, and disrespect to any nation that lives the life. And I am hereby calling on all true American citizens for moral support and finance to help me in my great missionary work to bring my people out of darkness into marvelous light.

-FROM THE PROPHET

Affiant further sayeth not,

**Lyonel Love EL**
UCC -1- 308, UCC -1-207 ALL RIGHTS RESERVED

 

# NOBLE DREW ALI'S HISTORIC MESSAGE TO AMERICA

In connection with the aims, objects, rule and regulations of the Moorish Science Temple of America. I deem it proper to submit to you a brief statement of our organization, covering its inception, rise and progress and of the Mohammedan religion, which I hope will be satisfactory to you and be the means of causing you all times to adhere to the principles of Love, Truth, Peace, Freedom, and Justice in your relations with mankind in general. I further, most anxiously hope this brief statement will help you to more clearly see the duty and wisdom of at all times upholding those fundamental principles which are desired for our civilization of our posterity, such as obedience to law, respect and loyalty to government, tolerance, and unity.

We organized as the Moorish Temple of Science in the year of 1925, and were legally incorporated as a civic organization under the laws of the State of Illinois, November 29th 1926. The name Moorish Temple of Science was changed to the Moorish Science Temple of America, May 1928 in accordance with the legal requirements of the Secretary of the State of Illinois.

The object of our Organization is to help in the great program of uplifting fallen humanity and teach those things to make our members better citizens.

A National organization with a Rotarian complexion as it relates to branch Temples became obvious with the increasing number of inquiries from men and women in different sections of the organization. There are branch Temples in fifteen different states at this time.

Since the work of the Moorish Science Temple of America was largely religious, the organization has been legally changed to a religious corporation and an affidavit to this effect has been properly filed in the Cook County Recorder's office of Illinois.

Inspired by the lofty teachings of the Koran, we have it as the revealed word of God Allah. We shall foster the principles of its teachings among our members. This is our religious privilege as American citizens, under the laws of one of the greatest documents of all time, the American Constitution.

Mohammed was the founder of the Mohammed religion. It originated thirteen centuries ago on Arabian Peninsula, where the streams of commerce and culture met and mingled in the middle ages, where the markets of exchange were stationed for treasures of India and the products of the Mediterranean coasts. There this religion was established in the unprecedented short period of twenty years, and unlike many other religions, without the aid of any royal patronage and support. Buddhism had its Asoka; Judaism its Joshua; Christianity its Constantine; but Mohammedanism had no person of royal rank and power to assist in its establishment and spread.

Today this religion is acknowledged by nearly two hundred and fifty souls and extends over an area equal to one-third of the globe. From Arabia it spread eastward over Persia, Turkestan, Afghanistan; westward across Syria, Asia Minor, Turkey, southward to Africa, covering more than half of that continent. It found its way to India, amnd beyond, to the Islands of Sumatra, Java, and Borneo.

To the early representatives of this faith the world's debt is incalculably great. For it was they who transmitted the treasures of Greek literature from the Middle Ages to the Renaissance; they who originated the graceful forms of which the Tajmahal and the Alhambra are the most famous examples. It was they who contributed to the sciences of algebra and chemistry, astronomy, and medicine; they who dotted the Sareen Empire with the universities and who built at Bagdad and Cairo the most renowned universities of the world. During those centuries of ecclesiastical despotism when the Christians church suppressed all intellectual activities save those that were theological, causing the talent that reproduced to supplant the genius that creates. Mohammedans did all in their power to encourage and stimulate research in every branch of human inquiry

The Moors or Mohammedans added to the beauty and grandeur of Spain. For centuries, art, science, literature, and chivalry flourished among them, while the rest of Europe was still sunk in the gloom of the Dark Ages. The Moors were ingenious and industrious of subjects of Spain. Their expulsion from Spain in 1610, was one of the chief causes of the decadence of that country, for both agriculture and industry fell into decay after their departure.

Mohammedanism makes no distinction between high and low, rich and poor; it is

like the sky, it has the room for all,

The Koran should be the interest to all readers. It is the Bible of the Mohammedans, ruling over the customs and actions of over 200 millions of people. It is a work of importance whether considered from a religious philosophical, or literary viewpoint.

In the promotion of the plans for the betterment of mankind, there has never been some kind of opposition. And strange as it may seem, such opposition has comefrom sources where there were no ideas or lack of courage to force attention to ideas. Whether in church, state or the social community, any attempt to do anything out of the usual way, seldom fails to receive criticism. Not because the course cannot be pursued legally or that it is unreasonable, but because it has been considered in terms as new.

The Moorish Science Temple of America has received some opposition and criticism. In the main the opposition has come from certain Christian ministers. They have expressed themselves as being opposed to our propagation of the Mohammedan religion. Possibly because the promotion of the Mohammedan faith among our people in the United States is considered by them in terms as something new. Whatever the reasons may be for their opposition, the legal right to oppose citizens, individuals and organizations alike for their religious belief does not exist in the United States. The door of religion freedom made by the American Constitution swings open to all, and people may enter through it and worship as they desire. Without religious freedom, no search for truth would be possible; without religious freedom, no discovery of truth would be useful; without religious freedom, religious progress would be checked and we would no longer march forward the nobler life which the future holds for the races of men; without religious freedom, there would be no inspiration to lift our heads and gaze with fearlessness into the vast beyond, seeking a hope eternal.

It is a sad weakness in us after all, to oppose our fellowmen for their religious beliefs and if there are angels who record the sorrows of men as well as their sins, they certainly know how many and deep are the useless sorrows that spring forth from such opposition. Possibly, love and time will cancel our ancient hatreds in this regard and prove that in mankind tolerance is better than unwarranted opposition. In connection with our religious aims and beliefs, we must promote economic security. The preaching of economic security among us is by no means as widespread and

intensive as the circumstances demand. No other one thing is more needed among us at this time than greater economic power. Better positions for our men and women, more business employment for our boys and girls and bigger incomes will follow our economic security. We shall be secure in nothing until we have economic power. A beggar people cannot develop the highest in them, nor can they attain to a genuine enjoyment of the spiritualities of life.

Our men, women and children should be taught to believe in the capacity of our group to succeed in business, in spite of the trials and failures of some of them. Trials and failures in business are by no means confined to any particular group of people. Some business ventures of all people fail. We have many men and women among our people who are qualified, both by training and experience, who are shining lights in the business world of all the people. It is a sad weakness in us as people that we have withheld the very encouragement, support and patronage that would have made some of our worthy business ventures a grand success. And worst of all, have joined in the condemnations of them when they failed. Except in cases of actual dishonesty, discourtesy, lack of service and actual unreliability, our business enterprises in every field of endeavor should have fullest of confidence co-operations and patronage whenever and wherever they can be given.

Read carefully the doctrines of the Moorish Science Temple of America. It contains our hopes, aims, rules and articles of religion. Every member should have a copy.

In conclusion, I urge you to remember there is work enough for all to do in helping to build a better world. The problems of life are largely social and economic. In a profound sense, they are moral and spiritual. Have lofty conceptions of your duties to your country and fellowman in general and especially those with whom you deal. This includes such honesty and righteousness as will cause you to put yourself in the others fellow's place. Look for the best in others and give them the best that is in you. Have a deeper appreciation for womanhood. Brighten the hopes of our youth in order that their courage be increased to dare and do wondrous things. Adhere at all times to the principles of love, truth, peace, freedom, and justice.

I am your affectionate leader. I shall continue to labor, day and night, both in public and private, for your good, thereby contributing to the welfare of our country and its people as a whole.

  

## AFFIDAVIT

### Declaration of Nationality & Proclamation of Status

To all whom these presents may come, let it be known that We, the Moorish-Americans, descendants of the Ancient Moabites, bearing rightful heritage to the lands of Amexem, hereby declare and proclaim our Nationality as Moorish-Americans.

Pursuant to the 1787 Treaty of Peace and Friendship between the United States and Morocco, and under the up-to-date Mandate issued to Prophet Drew Ali from Sultan Abdul Aziz Suad, House of Suad, recognizing our sovereign dominion, we assert our rights under international law, including the United Nations Declaration on the Rights of Indigenous Peoples.

This proclamation serves as an affirmation of our legal and historical status as the Aboriginal and Indigenous people of the Americas, the Ancient Hijaz, and rightful heirs to the lands of North, Central, and South America.

**Affidavit of Fact and Constructive Notice**

I, : Lyonel-Montia: Love-El./:, a Moorish-American, do hereby declare and affirm, under penalty of perjury, that the following statements are true and correct to the best of my knowledge and belief:

1.    That the Moorish Science Temple of America was established to restore the heritage, nationality, and birthrights of the Moorish people.

2.    That the 1928 Pan-American Conference in Havana, Cuba, affirmed Prophet Drew Ali as the rightful trustee of the Moorish-American estates, and Trust #10105905 was recorded in the Cook County Recorder of Deeds.

3.    That Moorish-Americans have been unlawfully classified as chattel property under the U.S. commercial system, contrary to constitutional and international law.

3.That all relevant authorities are hereby placed on notice of our legal standing, with intent to correct any misclassification and restore our proper national identity.

**Petition for Recognition of Status Change**

To: United Nations, U.S. Department of State, U.S. Congress, and other relevant authorities

Subject: Petition for Recognition of Moorish-American Nationality and Sovereignty

We, the undersigned representatives of the Moorish Science Temple of America, respectfully petition for the recognition of our nationality and sovereign status based on historical, legal, and treaty-based evidence. This petition includes:

1. Affirmation of the 1928 Land Mandate filed under Trust #10105905.

2. Request for exemption from corporate U.S. citizenship status.

3. Recognition as an indigenous nation-state under international law.

**UCC-1 Financing Statement**
Debtor: LYONEL MONTIA LOVE-EL Secured Party: Lyonel-Montia: Love-El.
Collateral Description:

- 

All rights, titles, and interests related to Trust #10105905 and the Moorish-American estates.

- 
- 

Personal property, real estate, and any associated commercial claims.

- 
- 

Declaration of separation from all corporate entities and reclamation of lawful identity.

- 
- 

Courses of Action Regarding Nationality Recognition under the Moorish Science Temple of America

**Writ of Mandamus**
To: United Nations, U.S. Department of State, U.S. Congress, and other relevant authorities
We, the Moorish-Americans, hereby demand that the responsible agencies recognize and honor our nationality and rights in accordance with:

- 

**The Treaty of Peace and Friendship of 1787**

- 
- 

**The Universal Declaration of Human Rights**

- 

The constitutional protections afforded to all Indigenous peoples:

**Declaration of Right of Indigenous People - D.R.I.P**

Failure to address these grievances will result in further legal action under international law.

**Conclusion :** These documents serve to affirm and protect the rights of the Moorish-American people. We urge all recipients to act in good faith and in accordance with the principles of justice and equity.

## JURAT
## Public Notary

**Illinois-state**

**ss.**

**County Cook**

Subscribed and sworn to (or affirmed) before me on this <u>30th</u> day of the month, January in the year, <u>2025</u> by: Lyonel-Montia Love-El, who proved to me on the basis of satisfactory evidence to be the one who appeared before me.

By: _____ . (Affirmed)

By: _Jeremy Rylew Bell_ ( Notary Public)

*Public Notary*

My commission expires: __11 /28/2027__

OFFICIAL SEAL
JEREMY DYLAN BELL
Notary Public, State of Illinois
Commission No. 981967
My Commission Expires
November 28, 2027



THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

Moorish Science Temple of America, *et al.*
        Plaintiffs,

        v.

State of Illinois, *et al.*

        Defendants.

Case No. 17 CH 04526

Judge Moshe Jacobius

F I L E D
JUDGE MOSHE JACOBIUS-1556

SEP 08 2017

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**ORDER**

This matter comes before the Court on Plaintiffs' request for leave to file "Emergency

Motion to Strike Defendants' 2-615 Motion to Dismiss and for Default Judgment Based on the

Court's Mandatory Judicial Notice of Defendants' Admission to the Fact that Plaintiffs are a

Body Politic as Stated on the Record on 7/25/2017 " and "Plaintiffs' Memorandum in Support of

Plaintiffs' Emergency Motion to Strike Defendants' 2-615 Motion to Dismiss and for Default

Judgment Based on the Court's Mandatory Judicial Notice of Defendants' Admission to the Fact

that Plaintiffs are a Body Politic as Stated on the Record on 7/25/2017." By presenting this

motion to the Court before filing it, Plaintiffs are complying with the Court's August 28, 2017

Order.

In their motion filed by "Grand Sheik Lyonel Love El," Plaintiffs argue that Defendants'

motion to dismiss is "devoid of facts, flawed, and inapplicable" to Plaintiffs' complaint.

Plaintiffs claim that based on Defendants "own admission [of] Plaintiff's Status as a Body during

the hearing on 7/25/2017," Defendants' motion to dismiss must be stricken. In their

memorandum in support of their motion to strike Defendants' motion to dismiss, Plaintiffs state

1

that the Court's "rebuttal that the Peace and Friendship Treaty between Morocco and the United States is not law that is applicable to this case is groundless, supported by no facts, and indicative of treasonous behavior against the Present Moroccan Empire."

Regarding Plaintiffs' motion to strike, on July 25, 2017, the Court heard extensive argument on Defendants' motion to dismiss. Following that hearing, the Court set Defendants' motion for ruling on September 19, 2017. When ruling on Defendants' motion, the Court will consider all arguments made on July 25, 2017. Therefore, anything stated by either Plaintiffs or Defendants will already be considered in this Court's ruling. Despite extensive oral argument being held on Defendants' motion, Plaintiffs now attempt to bring a new argument against Defendants claiming that Defendants' motion should be stricken. This argument is untimely for it was not made during oral arguments and instead was made over a month after oral arguments were heard and the case was taken under advisement. Further, Plaintiffs have already made a very similar argument when they appeared before this Court on August 25, 2017. On that date, Plaintiffs were heard on a motion in which they stated that "towards the end of the 7/25/2017 status hearing," counsel for the Cook County Recorder stated that "the Moorish Science Temple of America is in Fact a Body Politic."

After hearing Plaintiffs' arguments on August 25, 2017, the Court stated that Plaintiffs' motion regarding its status as a body politic would be taken with the case and addressed in the Court's September 19, 2017 Opinion and Order on Defendants' motion to dismiss. Although Plaintiffs' request that the Motion to Dismiss be stricken is untimely, as stated on August 15, 2017, the Court will address the Moorish Science Temple's status as a body politic in its ruling on Defendants' motion to dismiss. Plaintiffs are denied leave to file their motion to strike Defendants' 2-615 motion to dismiss.

2

Plaintiffs have also submitted a memorandum in support of their motion to strike. Although Plaintiffs have labeled the memorandum as being filed in support of their motion to strike Defendants' motion to dismiss, the memorandum appears to be a separate motion. The memorandum does not seem to provide support for Plaintiffs' argument that Defendants' motion to dismiss should be stricken. Rather, Plaintiffs' memorandum addresses this Court's statement on August 28, 2017 that the Treaty of Peace and Friendship of 1787 is not applicable to this case. As explained on August 28, 2017, the Treaty of Peace and Friendship of 1787 is not relevant to the case before the Court.

The case before this Court seeks a declaratory judgment regarding a purported trust document and the status of the Moorish Science Temple of America as a body politic and a home rule entity. None of these declarations are related to the contents of the Treaty of Peace and Friendship of 1787 which focuses primarily on commerce in the United States and Morocco. Further, the Treaty of Peace and Friendship of 1787 explicitly provided that it "shall continue in full force, with the help of God for Fifty Years." Therefore, the treaty is no longer in effect.[1] While Article VI of the United States Constitution does p obligate judges to be bound by United States' treaties, treaties must be a valid and in effect for judges to be bound by them. *See* U.S. CONST. art. VI, cl. 2 (stating, "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.")

---

[1] Although the Treaty of Peace and Friendship of 1787 expired after fifty years, the Court notes that it was superseded by a new version of the treaty upon its expiration.

3

Further, any cases which arise under a treaty must be brought in federal court for federal courts, rather than state courts, have jurisdiction over cases arising under treaties made by the United States. *See* U.S. CONST. art. III, §1 (stating, "The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;-- between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.")

The Court also notes that the parties to the Peace and Friendship Treaty of 1787 were Morocco and the United States. Considering that neither the United States nor Morocco is a party to this case, even if, *arguendo*, the Treaty of Peace and Friendship of 1787 were still in place, it does not appear that any Plaintiff in this case could establish standing to bring any claims under the treaty. Further, when individuals in other jurisdictions have attempted to use the Treaty of Peace and Friendship of 1787 to establish their standing as Moorish Nationals, Courts have rejected their reliance on the treaty. *See Bey v. City of Tampa Code* Enforcement, 607 Fed. Appx. 892, 897 (11th Cir. 2015); *Bey v. McMillan*, 2015 U.S. Dist. LEXIS 103890, *7 (Fla. M.D. 2015). Plaintiffs have not articulated a cognizable reason for filing their memorandum in support of their motion to strike, nor does the memorandum appear to be related to the motion to strike. Therefore, Plaintiffs are denied leave to file their memorandum in support of their motion to strike Defendants' 2-615 motion to dismiss.

4

IT IS, HEREBY, ORDERED THAT Plaintiffs are denied leave to file the instant motions: "Emergency Motion to Strike Defendants' 2-615 Motion to Dismiss and for Default Judgment Based on the Court's Mandatory Judicial Notice of Defendants' Admission to the Fact that Plaintiffs are a Body Politic as Stated on the Record on 7/25/2017" and "Plaintiffs' Memorandum in Support of Plaintiffs' Emergency Motion to Strike Defendants' 2-615 Motion to Dismiss and for Default Judgment Based on the Court's Mandatory Judicial Notice of Defendants' Admission to the Fact that Plaintiffs are a Body Politic as Stated on the Record on 7/25/2017."

ENTERED

JUDGE MOSHE JACOBIUS-1556

ENTERED: SEP 08 2017

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge Moshe Jacobius     No. 1556

5

(Exhibit 2)

1    MR. BRENNAN:  I have one thing I would like to

2  clarify, your Honor.

3         I will concur that under the indigenous (sic)

4  corporation act, the business corporation act, the

5  entity that they represent is, in fact, a body politic.

6         In my argument, I conflated the concept of

7  body politic with unit of government because they were

8  claiming to have home rule authority which is reserved

9  to units of government.  They are not a body politic

10  for purposes of home rule authority.

11         They are a body politic under the business

12  corporation act, the religious corporation act.  So I

13  conflated the two, and I apologize to the Court for

14  that.

15         Beyond that, your Honor, I have no further

16  statements.

17    THE COURT:  I want to thank all the parties here,

18  Counsel, Plaintiffs for a very engaging and

19  thought-provoking argument.  I appreciate all the time

20  you have given it.

21         I will issue a written ruling.

22         We need a little extra time.  We have a lot

23  of cases on our docket as you can see from this

24  morning.

805
ILCS 110/35

The Religious Coroporation Act.

SALVATION   ALLAH   UNITY



Doc#: 1407829010 Fee: $46.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 03/19/2014 10:14 AM Pg: 1 of 5

(Space Above Reserved For Recorder's Use)

I. AFFIDAVIT OF AMENDMENT-APPOINTMENT OF SUCCESSOR TO THE HOLY
PROPHET DREW ALI-DESIGNATION OF BENEFICIARIES
Recorded in Accordance to the following:
The Divine Constitution and By-Laws, Circle Seven Koran of the Moorish Science
Temple of America which derives it's power from Document # 10105905 Recorded on
August 1, 1928 2:52 PM Book 521 Page 579 Affidavit of Organization-Religious
Corporation-Trust

CLASSIFICATION AND STATUS NATIONAL ARCHIVES GROUP 147, BOOK 521
FILE 5-39 DEPARTMENT OF DEFENSE FILE 1-17
**Prepared By: Moorish Science Temple of America-Home Office**
**10105905/99174173/00277543/1120118062**
**General-Post Office Box 6203**
**Chicago, Illinois[60680]**



Salvation                          Allah                              Unity

                

## MOORISH SCIENCE TEMPLE OF AMERICA TRUST

MOORISH SCIENCE TEMPLE OF AMERICA.
Nation Illinois.
General-Post Office Box 6203.
CHICAGO
United States Minor. Outlying-Island.
Near. [60680-9998]

### AFFIDAVIT OF AMENDMENT-APPOINTMENT OF SUCCESSOR TO THE HOLY PROPHET DREW ALI-DESIGNATION OF BENEFICIARIES

Comes now, Sheik Love EL, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that He has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On February 22, 1999, your Affiant placed on file DOC# 99174173 an amendment to Trust Document # 10105905 (Bk 521 PAGE 579 August 1, 1928 @ 2:52PM TORRENS REGISTRATION).
2. The Moorish Science Temple of America is a lawfully chartered and incorporated organization with holy and divine laws from the Prophet Noble Drew Ali that are to be strictly preserved by the members/beneficiaries.
3. After joining the Moorish Science Temple of America in 1994 under the administration of Grand Sheik P. Davis El and being duly appointed to the office of Sheik in 1997 your Affiant did find that all was not well after the passing of Grand Sheik P. Davis El within the administrative affairs of the Temple of attendance.
4. Your Affiant and Sheikess Love EL upon finding Document # 11551822 which reveals in part "that immediately after the passing away of the Prophet, Noble Drew Ali, founder of the Moorish Science Temple of America,"..."E. Mealy El, Jackson Bey, Lovett Bey, Mack Eldrath Bey, Foreman Bey, C. Kirkman Bey, and others acting with them wandered away from the rules and usages of such Moorish Science Temple of America, a religious corporation, and commenced to teach military training, and other innovations, established insurance where stock was sold,....ceased to hold monthly meetings of the Adept Chamber, where an accounting of the money taken in from the various taxes, sale of the corporation's stock of supplies were made; changed the date of holding the yearly National Convention from the 15th to the 20th day of October in each calender year, to the 15th to the 20th day of September in each calender year." your Affiant did upon discovery of a major innovation bring it to Braswell Bey's (Bro P. Davis EL's Assistant Grand Sheik) attention.
5. This discovery (Why are there so many different versions of said Authority being circulated WITHOUT the Prophet's signature?) Braswell Bey and his staff when confronted about why we were not getting land even just from the perspective of the

1407629010 Page: 3 of 5

Religious Corporation Act (found by reference on our Authority via Illinois Smith Hurds Revised Statutes) "deer in the headlight" expressions were the response. To those whose hearts have been turned to stone having eyes to see (The Prophet's Authority being usurped via fraud) but cannot see, ears to hear (the truth being spoken by those of a pure heart) but cannot hear. The real reason for hiding the signed Authority document was to hide any evidence of the existence of the Trust. On the original affidavit the word "Trustees" and replaced with the word "SHEIKS".

6. Your Affiant, Sheikess D. Love EL, and Sheik Lewis EL are the only duly and properly appointed and amended officers who are part of the current administration having restored and re-established said religious corporation as a Trust pursuant to the holy and divine laws from the Prophet Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America.

7. Any Temple circulating fraudulent copies of Document # 10105905 on the back of the 101 Moorish Questionnaire constitutes fraud, embezzlement, removing themselves from the rules and usages of such Moorish Science Temple of America.

8. Any subordinate Temple that does not receive a charter from the Prophet who "has them to issue to every state throughout the United States, etc.", removes themselves from the rules and usages of such Moorish Science Temple of America.

9. Your Affiant for the record and as the successor reamends and reaffirms the following unrebutted documents 99174173/00277543/1120118062 all of which were filed in the spirit of and in harmony with Document # 10105905 providing the beneficiaries/members with housing, jobs, health care, schools, and other opportunities as the need arise for such.

10. The designated beneficiaries of this Trust are members of the Moorish Science Temple of America and our people who we have been instructed to teach them their nationality and their divine creed that they may know that they are a part and partial of this said government and know that they are not Negroes, Colored Folks, Black People or Ethiopians.

Further Affiant sayeth naught.

_____                                        3|19|14
Lyonel Love EL as Sheik and Not Personally                    Date
                                    Jurat

**STATE OF ILLINOIS**   )
                        )SS
COUNTY OF COOK          )

Subscribed to and sworn to (of affirmed) before me on this 19 day of
March_____, 2014 By Lyonel Love EL, proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

_____                                        (Seal)
Notary Public

OFFICIAL SEAL
RUBY MORALES
Notary Public - State of Illinois
My Commission Expires Apr 02, 2014

## OUR AUTHORITY

(COPY)
Book 521  PAGE 579
State of Illinois, Cook County ss
No. 10105905

Filed For Record

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK

ss

1928 AUG 1 PM 252

### AND RECORDED IN

BOOK          PAGE

I, NOBLE DREW ALI,.........................................Recorder
Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA.............held

at..............Chicago.............in the County of COOK............

and State of Illinois, on the...............20th........day of

.........July...............A. D. 1928, for that purpose, the fol-

lowing persons were appointed...............SHIEKS...............

.........................according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY.  The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propogate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA...............................

And at said meeting, this affiant acted as Presiding
officer Subscribed and Sworn to Before me.

...............20th...............day of

..........July...............A. D. 1928.......

Drew Ali...........................
Roberta W. Counull
Notary Public

See Hurd's Rev. Stat. Chap. 32, 36. *Our appointed *Or Wardens
vestlymen or whatever name they may adopt

1407829010 Page: 4 of 5

GENERAL AFFIDAVIT     NO. 190 June, 1983     GEORGE E. COLE LEGAL FORMS

State of ___Illinois___
County of ___Cook___ } ss.   Lyonel Love El

of the ___9754___ of ___S. Green Street___ County of ___Cook___

and State of ___Illinois___ , being duly sworn, deposes and says that

I do solemnly swear (or affirm as the case may be) that a meeting
with the members of the Moorish Science Temple of America home
office located in the State of Illinois County of Cook at
9754 S. Green; Chicago, Illinois on the 20th day of February 1999 AD
at 12:00 midnight for that purpose, the following persons were
appointed Sheiks according to the rules and usages of such (Moorish
Science Temple of America) L. Love El, D. Love El, D. Lewis El,
L. Lewis El and with powers and duties Similar to Trustees according
to the rules and usages of such;

(Religious Corporation reorganization usages and the religious
congregation adopted as its original religious corporation name
Moorish Science Temple of America).

At this meeting this affiant acted as the national supreme grand
Sheik. This is an affidavit for the reorganization of the Moorish
Science Temple of America under the founder, Prophet Noble Drew Ali,
who was granted orignial authority #10105905(Religious-affidavit of
organization form #1099 State of Illinois, County of Cook, authority
granted August 1st 1928 at 2:52 pm and recorded in the books of
Cook County, reorganization according to the religious corporation
act: laws of 1871-72p.296 eff. July 1, 1872).

99174173

And further this affiant says not.

(1) _Lyonel Love El_

Subscribed and sworn to before me this ___22___ day of
___FEB___ , 19 99

(2) _Wanda Brown_
NOTARY

"OFFICIAL SEAL"
WANDA GEAMES
Notary Public, State of Illinois
My Commission Expires June 1, 2, 11

1) This line is for signature of Affiant.
2) These two lines are for signature and title of officer administering oath



# KAREN A. YARBROUGH

RECORDER OF DEEDS / REGISTRAR OF TORRENS TITLES
COOK COUNTY, ILLINOIS

July 28, 2016
**By Email**

Grand Sheik L. Love EL
Asst. Grand Sheikess Moalt D. Love EL
Moorish Science Temple of America-Home Office
moorishhomeoffice@gmail.com

Grand Sheik L. Love EL

The Office of the Cook County Recorder of Deeds is in receipt of your FOIA by email. Information requested and responses thereto follow below.

*How and where does the Registrar of Torrens Titles get the authority to:*
*1. Prevent the acknowledgement of the Moorish Science Temple of America as a Body Politic.*

No records responsive. Pursuant to the Recorder's Act, 55 ILCS 5/3-5001 et. seq., the Recorder's Office functions basically as a public access records library. All documents within the Recorder's library are prepared and recorded by customers. In addition, as I mentioned in my previous letter dated July 8, 2016, the Recorder's Office does not maintain a list of "body politics". The Recorder of Deeds does acknowledge that your organization has filed Articles of Organization under the Religious Corporation Act.

*2. Refuse to record documents to be filed and indexed under the Trust whether they are real estate related or not.*

No records responsive. Recorder's Act, 55 ILCS 5/3-5010, the Recorder's Office is directed to record instruments (documents) "entitled to be recorded". Documents are entitled to be recorded if they meet the minimum recording requirements for that type of document. As I mentioned in my previous correspondence, the recording requirements for real estate related documents can be found in the State recording statute at 55 ILCS/ 5 *et. seq.*

*3. Refer every Moorish document whether real estate related or not to the fraud department.*
No records responsive. Please be advised that the Fraud Unit Staff are specifically trained to review not only everyday documents, but also unusual or unique documents, not specifically fraudulent documents.





# KAREN A. YARBROUGH

RECORDER OF DEEDS / REGISTRAR OF TORRENS TITLES
COOK COUNTY, ILLINOIS

*4. Slander the title of Document # 10105905 by being in willful ignorance of the existence of said entity as a Trust.*

Note

No records responsive. Please be advised that Document # 10105905 reads at the top: "Corporations-Religious-Affidavit of Organization". The document is not titled as a "Trust".

*5. Refuse to valuation of any of the assets that it has been holding since 1928 from the issuance of charters "The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter; the prophet has them to issue to every state throughout the United States, etc."*

No records responsive. This is not a function performed by the Recorder. As I mentioned in my previous correspondence, the Religious Corporations Act states that the trustees of religious organizations shall have the care, custody and control of the real and personal property of that organization. We are not a trustee of any trust or any trust assets belonging to your organization. Any other interpretation of applicable law is patently incorrect. If you have any other questions regarding trust assets belonging to the Moorish Science Temple of America, you need to consult a private attorney.

*6. Refuse to operate providing custodial and any other related services as the Registrar of Torrens Titles with regards to the Moorish Science Temple of America.*

No records responsive. Pursuant to the Torrens Repeal Law, 765 ILCS 40, on and after the effective date of this Act, 1.1.92, no additional land may be registered under the Registered Titles (Torrens) Act. 765 ILCS 40/4 On and after the effective date (1.1.1992) of this Act and before January 1, 1997, the registrar shall accept for registration, as memorials or otherwise, on registered land only adverse instruments. The current Torrens function after repeal is to store the Torrens property documents filed 1895-1997.

*7. Refuse to communicate and failure to provide competent employees (Chief Legal Counsel and Several Deputies Recorders) with the understanding to properly service a Body Politic such as the Moorish Science Temple of America.*

No records responsive.

 **Department of the Treasury
Internal Revenue Service
Ogden, UT 84201**

In reply refer to:   0457306053
Mar 04, 2019     LTR 147C
98-6072564

MOORISH SCIENCE TEMPLE OF AMERICA
LYONEL LOVE EL TTEE
PO BOX 6203
CHICAGO      IL 60680-6203 036

Taxpayer Identification Number: 98-6072564

Form(s):

Dear Taxpayer:

Thank you for your telephone inquiry of March 4th, 2019.

Your Employer Identification Number (EIN) is 98-6072564. Please keep this letter in your permanent records. Enter your name and your EIN on all business federal tax forms and on related correspondence.

If you have any questions regarding this letter, please call our Customer Service Department at 1-800-829-0115 between the hours of 7:00 AM and 7:00 PM. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

M. ANDRADE
1003376109
Customer Service Representative

*From Documents of American History*

# Letter from George Washington to
# Muhammed Ibn Abdullah—Sultan of Morocco

*City of New York December 1, 1789*

Great and Magnanimous Friend,

Since the date of the letter which the late Congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the necessarily employed in the arduous task, and the disarrangements occasioned by so great though peaceable a revolution, will apologize, and account for your Majesty's not having received those regularly advised marks of attention from the United States which the friendship and magnanimity of your conduct toward them afforded reason to expect.

The United States, having unanimously appointed me to supreme executive authority in this Nation. Your Majesty's letter of August 17, 1788, which by reason of the dissolution of the late-government, remained unanswered, has been delivered to me. I have also received the letters which Your Imperial Majesty has been so kind as to write, in favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgements and thanks of the United States for this important mark of your friendship for them.

We greatly regret the hostile disposition of those regencies toward this nation, who have never injured them, is not be removed, on terms of our power to comply with. Within our territories there are no mines, wither of gold or silver, and this young nation just recovering from the waste and dissolution of a long war, have not, as yet, had time to acquire riches by agriculture and commerce. But our soil is bountiful, and our people industrious, and we have reason to flatter ourselves that we shall gradually become useful to our friends.

The encouragement which Your Majesty has been pleased, generously, to give to our commerce with your dominions, the punctuality with which you have caused the Treaty with us to be observed, and the just and generous measures taken in the case of Captain Proctor, make a deep impression on the United States and confirm their respect for and attachment to Your Imperial Majesty.

It gives me great pleasure to have the opportunity of assuring Your Majesty that, while I remain at the head of this nation, I shall not cease to promote every measure that may conduce to the friendship and harmony which so happily subsist between your Empire and them, and shall esteem myself happy in every occasion of convincing Your Majesty of the high sense (*which in common with the whole nation*) I entertain the magnanimity, wisdom and benevolence of Your Majesty.

May the Almighty bless Your Imperial Majesty, our Great and Magnanimous friend, with His constant guidance and protection.

—George Washington

letter is found in the Documents of American History and is referenced in Oskar Castro's article printed in the Metro, January 2004

**FILED**

MAY − 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The district court of the United States

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

Sheik L. Love EL                                )
                                                )
                                                )
                                                )      1:15-cv-03881
                                                )      Judge Sharon Johnson Coleman
                        Plaintiffs,             )      Magistrate Judge Daniel G. Martin
V.                                              )
                                                )
                                                )
Frank H. Easterbrook, Ruben Castillo, Robert M  )
Dow Jr., Virginia M. Kendall, Rebecca R. Pallmeyer, )
Milton I. Shadur, Amy J. St. Eve, Joan B. Gottschall, )
John J. Tharp Jr., Ronald A. Guzman, James B. Zagel) 
                        Defendants.              )

MEMORANDUM IN SUPPORT OF MANDATORY JUDICIAL NOTICE OF INDEPENDENT INTERNATIONAL GRAND JURY INDICTMENT WITH ATTACHED FEE SCHEDULE IN THE FORM OF AND AFFIDAVIT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Equality under the Law is Paramount and Mandatory by Law and Required

FOR THE RECORD, ON THE RECORD, AND LET THE RECORD SHOW:

THE CERTIFIED LAWS ARE THE AUTHORITY FOR THIS ACTION AND ARE LISTED AS FOLLOWS: AFFIDAVIT OF NOTICE TO CERTIFY THE LAW recorded by the Cook County Recorder of Deeds office as Docs # 1120118062, 1106934085 (Exhibit 1) −1.The Articles of Association: First Continental Congress of the United States of America, 1774.2. The Declaration of Independence: Second Continental Congress of the United States of America, 1776. 3. The Articles of Confederation for the United States of America, Agreed to by Congress November 15, 1777; ratified and in force, March 1, 1781. 4. The Northwest Ordinance, territories to become Republic forms of government, in force since July 13, 1787. 5. The Constitution for the United States of America, inaugurated in New York City on March 4th, 1789. 6. The Bill of Rights, Amendments I through X, adopted by Congress on September 30, 1789. 7. The original Organic Constitution for the State of Illinois of 1818, and admission to the Union on August 26, 1818.

As a result of a ten year investigation with several cases filed by Moorish American Nationals/People of the United States of America Republic regarding the violations of the rights of the Free National Citizens. Some of the cases reveal that even when the very lives of the Aggrieved Parties were put at risk or danger by defendants attempting to exercise jurisdiction over the People on the state level by statute the result was/is to aid and abet in the colorable acts of said defendants in defiance to the law and disrespect, harm, and dishonor to the Aggrieved Parties subverting any existing remedies unlawfully. The breakdown of the Aggrieved Parties

claim for $100,000,000.00 is as follows:

1. Each case (18) calculates to $5.5 million per case.
2. Each defendant/respondent (11) in the case will bear the burden of $9.1 million.
3. If no possibility of a settlement exist, then the Aggrieved Parties reserves the right to file liens against the defendants/respondents bonds or any other lawful process to liquidate the Aggrieved Parties claims for damages.
4. This administrative remedy is being exercised due to a denial of justice in the courts administration of justice from defacto judges who have defaulted their oaths of office in violation of the Constitution for the United States of America.
5. This action was also necessary to negate any acts of defamation against the Aggrieved Parties or any of the defendants/respondents attempts to impose an embargo of the Aggrieved Parties remedies.
6. Each case provides prima facie evidence of the direct harm caused by each of the defendants/respondents who are in fact legislative administrators who have no authority to issue judicial orders yet utilizing their administrative "discretion" to shield banks, municipalities, and other corporations from the justice sought by the Aggrieved Parties for the wrongs initiated against the Aggrieved Parties in each case making the defendants/respondents responsible.
7. The basis of the remedy is that "nothing can be just that proceedeth not from reason" and that "the peace of society dependeth upon justice" demanding that the Aggrieved Parties immediately intervene due to the fact that these defacto "judges" are hearing and presiding over cases daily that are affecting the lives of real people who have been broadsided by an elite, black robe wearing club who utilizes barratry from the bench against an unsuspecting public.
8. The juridical actions of the Aggrieved Parties give the defendants/respondents the opportunity to settle within a reasonable time (21 days from the date of this filing) or perfection of the affidavit/contract put on the record will commence giving the Aggrieved Parties remedies beyond the purview of the defendants/respondents.
9. In conclusion, the lawful heirs to the Vast Estate known as the Present Moroccan Empire will not be mocked as there is to follow earthquakes, floods, diseases, etc., in accordance to the Divine Prophesies of Prophet Drew Ali because the Great God, Allah is not pleased with the miscarriage of justice and will not be mocked so please govern yourselves accordingly.

You are duly notified.

Respectfully presented,

Sheik L. Love EL

BY: _____

Sheik L. Love EL MM/MC/PAG

Moorish Missionary/Moorish Counsel/Private Attorney General

H(1)

In The district court of the United States

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

RECEIVED

JUN – 4 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sheik L. Love EL    )
          )
          )
          )
          )
    Plaintiffs,  )
V.         ) Case Number: 15 CV 3881
          )
Frank H. Easterbrook, Ruben Castillo, Robert M )
Dow Jr., Virginia M. Kendall, Rebecca R. Pallmeyer, )
Milton I. Shadur, Amy J. St. Eve, Joan B. Gottschall, )
John J. Tharp Jr., Ronald A. Guzman, James B. Zagel)
    Defendants.  )

AFFIDAVIT OF FACT-NOTICE OF DEFAULT OPPORTUNITY TO CURE-NOTICE OF UNREASONABLE AND UNNECESSARY RESTRAINT BEING IMPOSED ON THE MOORISH SCIENCE TEMPLE OF AMERICA, OR ANYONE ACTING ON ITS BEHALF FROM FILING ANY NEW CIVIL ACTION OR PROCEEDINGS AND OTHER THREATS MADE AGAINST THE PLAINTIFF/AGGRIEVED PARTY

A SECURITY (15 USC)

COMMERCIAL AFFIDAVIT
U.S. S.E.C. TRACER FLAG
NOT A POINT OF LAW

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Equality under the Law is Paramount and Mandatory by Law and Required

FOR THE RECORD, ON THE RECORD, AND LET THE RECORD SHOW:

THE CERTIFIED LAWS ARE THE AUTHORITY FOR THIS ACTION AND ARE LISTED AS FOLLOWS: AFFIDAVIT OF NOTICE TO CERTIFY THE LAW recorded by the Cook County Recorder of Deeds office as Docs # 1120118062, 1106934085–1.The Articles of Association: First Continental Congress of the United States of America, 1774.2. The Declaration of Independence: Second Continental Congress of the United States of America, 1776. 3. The Articles of Confederation for the United States of America, Agreed to by Congress November 15, 1777; ratified and in force, March 1, 1781. 4. The Northwest Ordinance, territories to become Republic forms of government, in force since July 13, 1787. 5. The Constitution for the United States of America, inaugurated in New York City on March 4th, 1789. 6. The Bill of Rights, Amendments I through X, adopted by Congress on September 30, 1789. 7. The original Organic Constitution for the State of Illinois of 1818, and admission to the Union on August 26, 1818.

Comes now, Sheik Love EL, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that He has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. On February 22, 1999, your Affiant placed on file DOC# 99174173 an amendment to Trust Document # 10105905 (Bk 521 PAGE 579 August 1, 1928 @ 2:52PM TORRENS REGISTRATION).

2. Your Affiant filed DOC # **1407829010** to serve notice to all who is the undisputed successor to the Trust of the Holy Prophet Noble Drew Ali, being first in line, first in time as the record shows.

3. Your Affiant has filed suit against eleven individuals on 5/1/2015 giving the respondents 21 days to respond with the Clerk of the Court providing the platform for the world to bear witness to the respondents/defendants' default.

4. Your Affiant presents into evidence a copy of the United States District Court Northern District of Illinois Civil Docket for Case # 15 CV 3881 (Exhibit A) dated 6/1/2015 seven days past the 21 day time limit set showing no other entries save those filed by Your Affiant.

5. Upon attempting to file a new case (Exhibit B) Your Affiant would find that one of the respondents/defendants, Ruben Castillo, under the guise of the "EXECUTIVE COMMITTEE" within an entirely new case dated on 5/8/2015 filed (15 CV 4093) for the express purpose to impose restraints upon the Moorish Science Temple of America and Your Affiant ability to file new civil cases in this district as retaliation and as an indirect answer to this suit.

6. Your Affiant is clear that Mr. Castillo and any of the other named respondents/defendants would be barred from imposing any kind of restraints or sanctions against Your Affiant without just cause and yet after the suit was filed at least two more of the respondents/defendants also made rulings in pending case where they should have immediately recused themselves after the filing of the 5/1/2015 case instead.

7. Let the record show that even in the face of international scrutiny, the respondents/defendants continue to use the United States Codes as a blocking statute against the right and remedies of Your Affiant rather than to answer up to their sworn duty to uphold the aforementioned law that has been certified by Your Affiant.

8. Let the record show that the respondents/defendants have conspired within a star chamber against Your Affiant to cause the Clerk to create a totally different and secret miscellaneous docket and file titled "In the matter of Moorish Science Temple of America" completely hidden away from the regular docketing accessible to the public at large.

9. For the Record and let the record show that Your Affiant's Phone # on the appearance form is (773) 699-5905 and is listed incorrectly on the docket report by the Clerk of the Court.

10. Let the record also reflect that the Clerk of the court Mandatory Judicial Notice of the fact that the star chamber "EXECUTIVE COMMITTEE ORDER" has been constructed to affect Moorish Science Temple of America's ability to sue and protect its members by continuing an ongoing trend of unfairly blocking Your Affiant's access to justice in the United States District Court Northern District of Illinois.

11. Let the record reflect that the respondents/defendants have engaged in traitorous and dishonorable actions giving more encouragement and sanctuary to co-conspirators on the state level who continue to attempt to block Your Affiant from exercising his right to travel, claim properties, and other moves towards his actual freedom while turning a blind eye to the foreign banks and corporations corrupt agenda to shut the public out of the court system with dockets deep enough to fund an army of litigators trained in legalese to flood said system with blocking

statutes always setting the precedent in favor of those that pay them.

12. Let the record show that respondents/defendants have conspired with other individuals, BRUCE RAUNER, LISA MADIGAN, KAREN YARBROUGH, DOROTHY BROWN, TIMOTHY EVANS AND THOMAS DART, who were named in the affidavit/suit (Exhibit C) filed 6/1/2015 by Your Affiant for the similar acts of utilizing blocking statutes against Your Affiant on the state and county level making it necessary to appeal to the greater international community at large for relief from the attempts of all of those attempting to willfully ignore the Moorish Science Temple of America as a Body Politic and the Trust Document # 10105905 (Bk 521 PAGE 579 August 1, 1928 @ 2:52PM TORRENS REGISTRATION) within the courts, recorders' office, etc.

13. Let the record also reflect that some of the named respondents/defendants, who are of Moorish descent have in their ignorance of their own nationality as Moors believing that they are Negroes, Colored Folks, Black people, African Americans, etc., have been pitted against Your Affiant and are being utilized as pawns for an elite foreigner bankers' and corporate influence that seeks to maintain a status quo of ignoring any claim and activities that the Moors have been making for their actual freedom showing that they will stop at nothing to get their way save the wrath of Allah.

14. Let the record reflect one such example on 6/2/2015 in an eviction case (Exhibit D) filed in IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS MUNICIPAL DEPARTMENT FIRST DISTRICT –FEDERAL NATIONAL MORTGAGE ASSOCIATION V. ALL UNKNOWN OCCUPANTS CASE NO. 15 M1 708428 with an individual named James P. Pieczonka while wearing a black robe refused to qualify himself upon request for his credentials (signed Oath of office) refusing outright to take Mandatory Judicial Notice of the fact that the Moorish Science temple of America having an interest in the premises via Docket # 1228434052 filed for the record in the Cook county Recorder's office on 10/10/2012 as a Notice of Claim that showed evidence of the Temple filing documents in the case WELLS FARGO BANK N.A. VS. UNKNOWN HEIRS AND LEGATEES OF AGNES STINSON, ET AL CASE NO. 12 CH 29429 as proof. All of this evidence presented by Your Affiant meant nothing to Mr. Pieczonka who along with Drew (both who appear to be of European descent), an attorney the Johnson and Blumberg firm, refused to reveal his nationality for the record decided to rule in favor of the plaintiff completely ignoring the status of birthright claims of Your Affiant while he as a foreigner engages in the disrespectful status quo telling the True Owner that he had 7 days to vacate the premises even after the Temple making its interest known under an intelligent tone.

15. Let the record show how the actions (Exhibit E) of Ruben Castillo affects Your Affiants' ability to seek remedy and recourse in the courts blocking and restricting access in retaliation to Your Affiant efforts to expose judicial corruption wherever it may present itself.

Therefore let it be known for the record that the Aggrieved Party having access to THE SUPREME COURT OF THE PRESENT MOROCCAN EMPIRE M.S.T OF A.: HOME OFFICE-EXECUTIVE RULERS DIVISION will utilize the remedy provide for within the Religious Corporation Act, utilizing the Clerk of the court as a witness of our process to liquidate our claims within the international world market upon maturation therefore all parties involved are given a 14 day grace period to resolve all matters with Your Affiant and the Moorish Science Temple of America.

You are duly notified.

Respectfully presented,

Sheik L. Love EL

BY:_____

Sheik L. Love EL MM/MC/PAG

Moorish Missionary/Moorish Counsel/Private Attorney General



# Cook County Recorder of Deeds
## Recorder of Deeds

**Following report / image(s) were printed by:**

Shirley Binkley

---

### Please Pay the Cashier: $.00

---

**Total Number of Documents Printed:** 0
**Total Number of Report Pages Printed:** *** Screen Print Only ***

---

*Selected Search Criteria:*

| | |
|---|---|
| Name: | |
| Trust #: | 10105905 |
| | ○ Direct   ○ Indirect   ● Both |
| Name 2: | |
| Trust2 #: | |
| Document Type: | |
| PIN: | |
| Dates: | 01/01/1985 to 11/27/2015 |

| Img Flag | Type | Name / Corporation | Trust Number | Document Number | Document Type | Recorded Date | PIN | Lot Block (or) Unit Bldg | Execution Date |
|---|---|---|---|---|---|---|---|---|---|
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 99174173 | AMENDMENT | 02/22/1999 | | | 02/22/1999 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 00277543 | MISCELLANEOUS | 04/20/2000 | | | 04/20/2000 |
| ** | GT | ALI NOBLE DREW TR | 10105905 | 1027145024 | NONCOMPLIANT | 09/28/2010 | | | 09/27/2010 |
| ** | GR | MOORISH SCIENCE TEMPLE | 10105905 | 1101148051 | MISCELLANEOUS | 01/11/2011 | 18-25-104-024-0000 | 5 | | 12/29/2010 |
| ** | GT | SHEIKESS DOROTHEA DREW EL | 10105905 | 1106757106 | NONCOMPLIANT | 03/08/2011 | 25-18-400-026-0000 | P 7 | |
| ** | GT | EL SHEIKESS DOROTHEA DREW | 10105905 | 1106757106 | NONCOMPLIANT | 03/08/2011 | 25-18-400-026-0000 | P 7 | |
| ** | GR | EL LYONEL LOVE | 10105905 | 1106934085 | AFFIDAVIT | 03/10/2011 | | | 03/11/2011 |
| ** | GT | EL-BEY SHEIK SABEEL C TRUST | 10105905 | 1110454006 | NONCOMPLIANT | 04/14/2011 | 16-36-319-003-0000 | 7 | 4 | 04/04/2011 |
| ** | GT | SOTELO-BEY SHEIK LEOPOLDO TR | 10105905 | 1118847071 | NONCOMPLIANT | 07/07/2011 | 19-01-328-021-0000 | N 94 | | 06/21/2011 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1120118062 | NONCOMPLIANT | 07/20/2011 | | | 04/08/2011 |
| ** | GT | VERA-BEY SHEIK J TR | 10105905 | 1123448015 | NONCOMPLIANT | 08/22/2011 | 19-26-308-068-0000 | W 10 | 9 | 01/08/2011 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1129147093 | MISCELLANEOUS | 10/18/2011 | 25-08-106-006-0000 | 8 | 2 | 09/19/2011 |
| ** | GT | MOORISH SCIENCE TEMPLE | 10105905 | 1201713024 | MISCELLANEOUS | 01/17/2012 | | | 01/15/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE | 10105905 | 1203931085 | MISCELLANEOUS | 02/08/2012 | | | |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1205245031 | MISCELLANEOUS | 02/21/2012 | | | 02/20/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1205245032 | MISCELLANEOUS | 02/21/2012 | | | 02/20/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE | 10105905 | 1205245030 | MISCELLANEOUS | 02/21/2012 | | | 02/20/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1207929033 | NONCOMPLIANT | 03/19/2012 | | | |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1207929034 | MISCELLANEOUS | 03/19/2012 | | | |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1208118036 | MISCELLANEOUS | 03/21/2012 | | | 03/21/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1210345066 | MISCELLANEOUS | 04/12/2012 | | | 03/22/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1210716078 | AMENDMENT | 04/16/2012 | | | 04/14/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1210716079 | AMENDMENT | 04/16/2012 | | | 04/14/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1211431089 | MISCELLANEOUS | 04/23/2012 | | | 01/10/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1211431091 | MISCELLANEOUS | 04/23/2012 | | | 04/15/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1211431088 | MISCELLANEOUS | 04/23/2012 | | | 04/18/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1211431093 | MISCELLANEOUS | 04/23/2012 | | | 03/30/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1211431090 | MISCELLANEOUS | 04/23/2012 | | | 04/22/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1211610082 | MISCELLANEOUS | 04/25/2012 | | | 04/23/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1212148009 | AMENDMENT | 04/30/2012 | | | 04/27/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1212531059 | MISCELLANEOUS | 05/04/2012 | | | 05/03/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1213131106 | MISCELLANEOUS | 05/10/2012 | | | 01/15/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1213131105 | MISCELLANEOUS | 05/10/2012 | | | 01/15/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1213131104 | MISCELLANEOUS | 05/10/2012 | | | 01/15/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1213131111 | NONCOMPLIANT | 05/10/2012 | | | 05/02/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1213131110 | NONCOMPLIANT | 05/10/2012 | | | 05/02/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE OF | 10105905 | 1213718084 | MISCELLANEOUS | 05/16/2012 | | | 02/26/2012 |
| ** | GT | HAMILTON-EL MARCUS | 10105905 | 1213829091 | MISCELLANEOUS | 05/17/2012 | | | 05/04/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1214218114 | MISCELLANEOUS | 05/21/2012 | | | 05/12/2012 |
| ** | GT | MOORISH SCIENCE TEMPLE AMER | 10105905 | 1214218113 | MISCELLANEOUS | 05/21/2012 | | | 05/12/2012 |

**Salvation ALLAH Unity MOORISH EXECUTIVE RULERS' AFFIDAVIT OF JUSTICE-WRIT IN THE NATURE OF DISCOVERY**

**AUTHORITIES AND LAWS CITED-DOC# 10105905 (Religious Authority), The United States Constitution, the Illinois State Constitution (The Religious Corporation Act), The Divine Constitution and By-laws of the Moorish Science Temple of America, the Circle Seven Holy Koran of the Moorish Science Temple of America (ecclesiastical-Islamic Law/Law of Islamism), DOC # 0527010063**

**State of Illinois**

)SS.

**County of Cook)**



Doc#: 0615334111 Fee: $26.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 06/02/2006 03:07 PM Pg: 1 of 2

**Be it resolved that all true Sheiks (powers and duties similar to trustees) have a divine mandate from ALLAH, the Great God of the Universe to enforce the law in order to save the nation. Therefore the County of Cook Recorder's office is hereby put on notice: That your office has been charged with but not limited to fraud, forgery, etc. In accordance with due process of law (4th Amendment of the U.S. Constitution) this affiant will allow the County of Cook 20 consecutive days from the filing date of this affidavit to answer the questions contained within this document. Failure to certifiably answer every numbered point with accuracy and clarity will constitute failure by default on the part of Cook County entitling Lyonel Love El, Sheik to no less than a $500,000.00 (pre-settlement fine) disbursement from the Indemnity Fund (765 ILCS 35/101, 40/9 from ch. 30, par. 138,1209 respectively). Answers to the questions presented below will allow members of the Moorish Science Temple of America to benefit from the "trust-like" qualities of this especial religious corporation:**

1. **Why is it that no official record of DOC# 10105905 (BOOK 521/PAGE 579) being mailed back to the affiant (Drew Ali) is on file?**
2. **Please provide a detailed analysis of the Torrens registration system as in practice (from start to finish) during 1928 A.D.**
3. **Was it standard procedure to mail all documents back to filers, if so then why was no exception made for Document # 10105905?**

4. Who was/is responsible for the malicious gross negligence displayed in the initial recordation of Document # 11551822 (filed on January 8, 1935)?

5. Why has the Cook County Recorder of Deeds office deliberately file the incorrect document number for DOC# 11551822 which is connected to the Moorish Science Temple of America (A Religious Corporation) for more than (70) seventy years?

6. Why would the Recorder's office continue to display the incorrect Document number even after verbal notice from members of the Moorish Science Temple of America?

7. Why would the Recorder's office later engage in forgery and fraud in an attempt to create legal chaos via –two different document numbers for one document on a tract page, however, neither number traces back to DOC # 11551822, yet both pages (different numbers) have been certified by the recorder's office under the Freedom of Information Act?

8. Since when have employees of the Recorder of Deeds office become experts of ancient documents related to land or trust?

9. If the Moorish Science Temple of America (A Religious Corporation) DOC # 10105905 is not related to land as various employees of the Recorder's office claim then why were we charged for the "RHSP" fee- $10.00 upon the filing of DOC # 0527010063 which by the way is strictly reserved for all documents related to land?

Please be advised failure to answer these questions will result in a full blown federal lawsuit commenced by the Moorish Science Temple of America -a religious corporation. The affiant awaits the answers which must be recorded within the recorder's office (at the public's expense as it is for the public's benefit) for public record certified and signed by Mr. Eugene "Gene" Moore in his official capacity or another qualified representative of the County of Cook and mailed back to the following address- Moorish Science Temple of America P.O. Box 439133 Chicago, Illinois [Postal Zone 439133].

Subscribed and sworn to before me,

On the _____2ND_____ day of June 2006 A.D.    Signature of Affiant

"OFFICIAL SEAL"
WANDA GEANES
Notary Public, State of Illinois
My Commission Expires June 10, 2006

Salvation           Allah           Unity 

## MOORISH SCIENCE TEMPLE OF AMERICA TRUST

MOORISH SCIENCE TEMPLE OF AMERICA
PROPHET NOBLE DREW ALI, Estate
Executor Office.
Nation Illinois.
General-Post Office six two zero three.
CHICAGO Province
United States Minor, Outlying-Island.
Near. [60680-9998]

Done by the Light of the Day-of one one december two-zero-one three
To: The Office of the Recorder of Deeds Office in Cook County.

From: MOORISH SCIENCE TEMPLE OF AMERICA

### LETTER OF INTRODUCTION

Dear Karen Yarbrough,

Please accept this Letter of Introduction from the Board of Sheiks of this Organization that Lyonel Love EL has been contracted as Authorized Representative of this Organization to manage this Organization's accounts with your institution (Accounts # ).

He has been given all the powers and authority necessary to conduct the business of this Organization with your company. Lyonel Love EL, Sheik has held this fiduciary position since February 22, 1999 (Doc# 99174173).

If you have any questions, you can contact the Board of Sheiks at the address shown on the letterhead.

Sincerely,
BOARD OF SHEIKS

Lyonel Love EL as Sheik not Personally
Lyonel Love EL, Sheik

Diana Love EL as Sheikess not Personally
Diana EL, Sheikess

In Witness Whereof, I have hereunto subscribed my name and affixed my Notarial seal on the day and year last above written.

NOTARY PUBLIC
My commission expires: 11-15-2016

J EDUARDO RUIZ
MY COMMISSION EXPIRES
11/15/2016
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF ILLINOIS

1:00 PM



### OFFICE OF THE MAYOR

#### CITY OF CHICAGO

**HAROLD WASHINGTON**
MAYOR

## P R O C L A M A T I O N

WHEREAS, Prophet Noble Drew Ali founded the Moorish Science Temple of America in 1913, thereby bringing the religion of Islamism to thousands of Black Americans; and

WHEREAS, The Moorish Science Temple has consecrated the Prophet's birthday, January 8th, to be a day of special rememberance for this man who taught his followers to be better citizens through his Principles: Love, Truth, Peace, Freedom and Justice; and

WHEREAS, The Moorish Science Temple of America was first incorporated in Chicago in 1926 thereby identifying Chicago as "A Mecca in the West" for Moorish American Moslems; and

WHEREAS, we in the City of Chicago, are honored to have played such an important role in the history and heritage of the Moorish Science Temple of America:

NOW, THEREFORE, I, Harold Washington, Mayor of the City of Chicago, do hereby proclaim March 22-31 to be Moorish Science Temple Days in Chicago in honor of Prophet Noble Drew Ali and I urge all who live and work in Chicago to acknowledge the many wonderful works of this Prophet and the Moorish Science Temple of America.

Dated this 22nd day of March, 1985.

*Harold Washington*

Mayor

For research purposes only

Chicago Public Library

Return Date: No return date scheduled
Hearing Date: 5/27/2021 10:00 AM (This form replaces CCMD-39)
Courtroom Number:
Location:                                                                    (12/01/20) CCG 0702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
5/3/2021 3:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01091

13178254

Moorish Science Temple of America

**Plaintiff(s)**

No. 2021CH01091

v.

State of Illinois, County of Cook Et Al.,

**Defendant(s)**

TO:  State of Illinois, County of Cook

**MOTION BY** Plaintiffs                          **FOR** 1534 Misc. Motion

Comes now, The Grand Sheik (With powers and duties similar to that of a Trustee) and Successor Sheik to a Trust established to reclaim the legacy and birthrights of the Heirs and Beneficiaries back in 1928. This notification is being made to put all parties on notice of the performance initiated in Cook county through the Torrens Registry System and said system is the process of being updated here in Cook county as directed by the Trust. The Torrens Registry System is set up to provide remedy to those claims that are subordinate to the Trust. We are seeking to correct the records so that the documentation that is indexed under Trust # 10105905 is approved by this administration. The following are the documents and the order in which they should be listed. 9355 S. King Dr.
99174173

00277543

1213829091

1407829010

1506822074

1507519072

1510019197

    I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: 5/3                                    , 2021        /s/ As Grand Sheik L. Love EL and Not Personally

Attorney Certification

Atty. No.: 99500

Name: As Grand Sheik L. Love EL and Not Personally

Atty. for:  Moorish Science Temple of America

Address: P.O. Box 6203

City/State/Zip: Chicago/Illiois/60680

Telephone: (773)699-5905

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Matt:

After a review of the Secretary of State (SOS) file on the Moorish Science Temple of America, Inc., File No. 19009726, (MSTA), and of my own personal file on this corporation, the SOS must reject the current document submitted for filing, to wit: Form LLC-5-5, Articles of Organization for "Moorish Science Temple of America P.B. A. Moorish Law Services". The basis for said rejection is that the original not-for-profit corporation, MSTA, which was incorporated on November 29, 1926, has been the subject of many conflicting claims to the right to use the MSTA name and claims as to the proper party in charge of said corporation. This has resulted in numerous disputes with the SOS Department of Business Services and, ultimately, with two cases in the Circuit Court of Cook County. The decisions in those cases are still recognized by this Office. As a result, there is only one entity that is entitled to the use of the name: "Moorish Science Temple of America". That entity, listed above and denoted as File No. 19009726, is the only entity that is allowed to use said name.

For the reasons stated above, please reject the document submitted for filing mentioned above. Thank you.

Respectfully,

Terrence J. McConville



**Terrence J. McConville**
**Senior Assistant General Counsel**
**Secretary of State Alexi Giannoulias**
115 S. LaSalle St., Suite 300, Chicago IL 60603
312.814.2201 (o)
312.814.5958 (f)
Tmcconville@ILSOS.GOV

ILSOS.gov



# KAREN A. YARBROUGH

RECORDER OF DEEDS / REGISTRAR OF TORRENS TITLES
COOK COUNTY, ILLINOIS

## VIA EMAIL

July 8, 2016

Sheik Lyonel Love El
Sheikess Moalt D. Love El
Moorish Science Temple of America
moorishhomeoffice@gmail.com

Sheik and Sheikess Love El:

In the past few days, the Cook County Recorder of Deeds ("CCRD") has received several forms of email correspondence from you regarding concerns that you have involving the organizational documents and other documents relating to the Moorish Science Temple of America ("MSTA"). I am writing to address these concerns and clarify the role that CCRD has as the custodian of public records. Many of your concerns were raised in the form of numbered questions. CCRD's responses to these questions are as follows:

1. **In her capacity as the Registrar of Torrens Titles, what is the full scope of the fiduciary duty owed to Document #10105905 and the resulting entity (the Moorish Science Temple of America as body politic) named in said document?**

   Response – After reading your question, I assume that you are asking what the Recorder's duties and responsibilities are in relation to this (and other) documents. In this regard, the Recorder has two specific duties and responsibilities. First, the Recorder is responsible for recording documents that are entitled to be recorded. Second, the Recorder has the responsibility of being the custodian of all recorded documents.

   Document #10105905 is an Affidavit of Organization under the Religious Corporations Act [805 ILCS 110 *et. seq.*]. Under the Religious Corporations Act, there are specific requirements that need to be met in order for a document to be recorded pursuant to that Act. *See* 805 ILCS 110/36. At the time that this document was presented to CCRD, it met all of those requirements and it was recorded.

   As custodian for this document and other recorded documents (unless specifically restricted by law), the documents are made available for purchase by the public. *See* 55 ILCS 5/4-12002). In other words, if a customer requests to purchase a certified or non-certified copy of this document from CCRD, CCRD will provide such a copy to the customer if they pay the requisite fee.

CCRD has no other duties and responsibilities relating to this particular document. In other words, CCRD is simply a custodian of this record and makes this available to the public for a fee.

2. **What are the procedures for filing documents under the 805 ILCS Religious Corporations Act related to property, mortgages, notes, etc.**

Response – Real estate related documents, such as property deeds, mortgages or notes, are not recorded under the Religious Corporations Act. For the recording requirements for real estate related documents, please see the state Recording statute at 55 ILCS 5 *et. seq.*

3. **What are the procedures for including the Moorish Science Temple of America to the list of body politics on file with the Cook County Recorder of Deeds.**

Response - CCRD does not maintain a list of "body politics". With this said, as mentioned above, CCRD accepts documents relating to the organization/incorporation of religious entities under the Religious Corporations Act. The document that you are concerned with, Document #10105905, has already been recorded by CCRD.

4. **Isn't it true that in accordance to provisions made possible for body politics under Home Rule that documentation and laws of the Moorish Science Temple of America as a body politic are applicable to the management of said trust.**

Response - CCRD is unaware of what specific documentation and laws are applicable to the management of any trust maintained by, or for the benefit of, the Moorish Science Temple of America. I would like to note that the Religious Corporations Act states that trustees of religious organizations shall have the care, custody and control of the real and personal property of that organization. *See* 805 ILCS 110/43. CCRD is not a trustee of any trust or trust assets being held by, or for the benefit of, the Moorish Science Temple of America.

5. **Has this office done any competent research to determine who are the current Executive Rulers of the Adept Chamber of the Moorish Science Temple of America/SHEIKS with powers and duties similar to that of a Trustee.**

Response - It is my understanding that the current Sheiks of the Moorish Science Temple of America are reflected in recorded documents that amend Document # 10105905. If there were any changes to the trustees of this organization that are not reflected in these documents, CCRD would not be aware of them.

6. **Is this office aware that only the founder, Prophet Noble Drew Ali, has the authorization to issue Document # 10105905 and such has been the case since 8/1/1929?**

Response - Although I am unclear what you mean by "issuing" the document, but part of the Recorder's duties include maintaining recorded documents and providing certified and non-certified copies of recorded documents for sale to the public. *See* 55 ILCS 5/4-12002.

7. **Is this Office aware that the unauthorized issuance and collections of funds resulting from said issuance constitutes: a breach of the Registrar's fiduciary duty as custodian, criminal fraud, embezzlement, etc?**

Response – Your position is legally and factually incorrect. Please see the relevant statutory authority referenced above.

In some of your other correspondence, you indicate that CCRD has refused to file certain real estate and non-real estate related documents and "index them under Trust # 10105905". To be clear, Document #10105905 is not a trust document. This document is simply an Affidavit of Organization under the Religious Corporations Act. What this means is that the document serves as a record that the Moorish Science Temple of America is organized/incorporated as a religious corporation under the Religious Corporations Act. CCRD is not a trustee of any trusts or trust assets maintained by, or for the benefit of, the MSTA. That responsibility lies with MSTA. If you are having difficulty recording certain documents in our office, please refer to the recording requirements referenced in the legal authority cited above.

Finally, you indicated that you would like MSTA to place employees in CCRD for various purposes. State law clearly indicates that you have no authority to demand that you employ members of your congregation in our office. The Recorder has the right to control the internal operations of her office. *See* 55 ILCS 5/3-5005.2.

If you have any further questions regarding this letter, please submit them in writing to me at james.gleffe@cookcountyil.gov.

Regards,


James Gleffe
Chief Legal Counsel
Cook County Recorder of Deeds

## MEMORANDUM

*** This Note MUST be Processed/Deposited as a Negotiable Instrument ***

Fiduciary Collector:

*This Note is a Secured Transferrable [private] Negotiable Instrument meeting all requirements of UCC Article 3, as a Money Order. This Note, credit assignments, bills of exchange and checks are defined as Legal Tender, or money, by the statues such as 12 USC 1813(1)(1), UCC1-201(24), UCC3-104, UCC8-102(9), UCC9-102(9), (11), (12), 12(b), (49), (64).*

Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; prepaid and exempt when entered in the post-closing Balance.

This statement constitutes Maker's order to pay this instrument upon presentment and indorsement,

As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at UCC §S 3-310(b), 3-311 3-603, and Public Policy at House Joint Resolution 192 of June 5, 1933

Maker does not waive timeliness. However, if Payee needs additional time, Payee must present Maker with a written request for additional time within a reasonable time, setting forth the reason Payee requests an extension of time, with good cause shown.

The acceptability of any such request received by Maker from Payee is conditional upon approval by Maker.

### § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT

In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee tacitly consents and agrees that Maker has satisfied/discharged the debt claim re this alleged account

Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim against the bond any responsible party, including Payee and all principals, agents, and assignce of Payee, whose acts/omissions result in tort damages against Maker.

This Note MUST be Deposited/Processed as a Negotiable Instrument, This Note cannot be scanned as a "check", You must ask your bank to Deposit/Process this Note as a Negotiable Instrument to receive funds, This Note No. "1010" is a Secured Transferable Negotiable Instrument meeting all requirements of U.C.C. - Article 3, as a Money Order. This Note, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(1)(1), UCC §1-201(24), §3-104, §8-102(9), §9-102(9), (11), (12) b, (49), (64). If Your Local Branch does not know how to process this Instrument, I would contact a National VP of your Bank and have them get their Legal team to instruct your local branch on how to process this instrument. It is Your Banks duty to honor this instrument, to know; to abide by, and to operate under the law. 18 USC 8 applies. Should there still be questions, please have your "attorneys" handle this matter as they are "legally competent" to handle a negotiable instrument and understand their workings. Ignorance of the Law is no excuse for them/you to mis-process This Note.

1.   This trade acceptance represents a bill of exchange arising out of this commercial transaction, which is negotiable paper under the law merchant and the Uniform Commercial Code, and may be discounted or purchased in the open market by federal reserve banks under sections 2 of article 13 and 1 of article 14, respectively, of the Federal Reserve Act (12 U.S.C.A. 343 and 353).

2.   See Religious Corporation Act, Laws of 1871-72 Smith Hurd's Rev. Stat, Chap 32 Section 36

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

# NOTICE

## NOTICE OF MEMORANDUM OF LAW – Points and Authorities in Support of International Bill of Exchange

"Those who constitute an association nationwide of private, unincorporated persons engaged in the business of banking to issue notes **against** these obligations of the United States due them; whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a "**national banking association**"; such notes, issued **against these obligations of the United States to that part of the public debt due its Principals and Sureties _are required by law to be accepted as "legal tender" of payment for all debts public and private_**, and are defined in law as "obligations of the United States", on the same par and category with Federal reserve notes and other currency and legal tender obligations." (Page 8)

**RE:  Item tendered for Discharge of Debt.**

**The instrument tendered to the bank and negotiated to the United States Treasury for settlement is an "Obligation of THE UNITED STATES",** under **Title 18 USC Sect. 8**, representing as the definition provides a **"certificate of indebtedness…drawn upon an authorized officer of the United States,"** (in this case the Secretary of the Treasury) **"issued under an Act of Congress"** (in this case **public law 73-10, HJR-192 of 1933 and Title 31 USC 3123, and 31 USC 5103) and by treaty (**in this case **the UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES (UNCITRAL)** and the **Universal Postal Union headquartered in Bern, Switzerland).**

TITLE 1>PART I>CHAPTER 1>Sec. 1.>Sec. 8

**Sec. 8. – Obligation or other security of the United States defined**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**The term "obligation or other security of the United States" includes all** bonds, **certificates of indebtedness, national bank currency,** Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, **drawn** by or **upon authorized officers of the United States,** stamps and other representatives of value, of whatever denomination, **issued under any Act of Congress,** and cancelled United States stamps.

The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition **(UCC 4-105 12 CFR Sec 229.2, 210.2, 12 USC 1813),** issued under Authority of the United States Code **31 USC 392, 5103,** which officially defines this as a statutory legal tender obligation of THE UNITED STATES, and is issued in accordance with **31 USC 3123** and **HJR – 192 (1933)** which establish and provide for its issuance as "Public Policy" in remedy for discharge of equity interest recovery on that portion of the public debt to its Principals, and Sureties bearing the Obligations of THE UNITED STATES.

This is a statutory remedy for equity interest recovery due the principles and sureties of the United States **for discharge of lawful debts in commerce in conjunction with US obligations to that protion of the public debt it is intended to reduce.**

During the financial crisis of the depression, in 1933 substance of gold, silver, and real money was **removed** as a foundation for our financial system. In its place, the **substance** of the American citizenry; **their** real property, wealth, assets and productivity that **that belongs to them** was, in effect, **'pledged'** by the government and **placed at risk** as the **collateral** for **US debt, credit and currency** for commerce to function.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

This is well documented in the actions of Congress and the President at that time and in the Congressional debates that preceded the adoption of the reorganizational measures:

**Senate Document No. 43, 73rd Congress, 1st Session,** stated,

"Under the new law, the money is issued to the banks **in return** for **Government obligations, bills of exchange, drafts, notes, trade acceptances, and bankers acceptances.  The money will be worth 100 cents on the dollar, because it is backed by** the credit of the nation.  **It will represent** a mortgage on all the homes and other property of all the people in the nation." (which **lawfully belongs** to these private citizens.)

The National Debt is defined is defined as "**mortgages on the wealth and income of the people of a country.**" (Encyclopedia Britannica, 1959.) **Their** wealth, their income...

The reorganization is evidenced by:

Emergency Banking Act                    March 9, 1933

House Joint Resolution 192                    June 5, 1933

Series of Executive Orders that surrounded them:

**6073** – Reopening of Banks.  Embargo on gold payments and exports, and limitations on foreign exchange transactions. March 10, 1933

**6111** – Transactions in foreign exchange are permitted under governmental supervision.

April 20, 1933

**6102** – Forbidding the hoarding of gold coin, gold bullion and gold certificates.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

April 5, 1933

On December 23, 1913, Congress had passed "An Act to provide for the establishment of federal reserve banks, to furnish an elastic currency, to afford a means of rediscounting commercial paper, to establish a more effective supervision of banking in the United States, and **for other purposes"**. The act is commonly known as "**The Federal Reserve Act"**.

One of the purposes for enacting the Federal Reserve Act was:

(3) **to authorize "hypothecation" of obligations including "United States bonds or other securities which Federal Reserve Banks are authorized to hold"** under Section 14(a): **12 USC; Ch. 6, 38 Stat. 251 Sect 14(a)**

The term "**hypothecation**" as stated in Section 14(a) of the act is defined:

1. Banking.  **Offer of** stocks, bonds, or other **assets owned by a party** other than the borrower **as collateral for a loan, without transferring title.**  If the borrower turns the property over to the lender who holds it for safekeeping, the action is referred to as a **pledge. If the borrower retains possession, but gives the lender the right to sell the property in event of default, it is a true hypothecation.**
2. Securities.  The pledging of negotiable securities to collateralize a broker's **margin** loan.  The broker pledges the same securities to a bank as collateral for a broker's loan, the process is referred to as **re-hypothecation.**"

[**Dictionary Of Banking Terms, Fitch, pg. 228 (1997)**]

As seen from the definitions, in hypothecation there is **equitable** risk to the **actual** owner.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

Section 16 of the current Federal Reserve Act, codified at 12 USC 411, declares that **"Federal Reserve Notes" are "obligations of the United States".**

So, we see the **"full faith and credit" of the United States:** which is the **substance** of the American citizenry: **their** real property, wealth, assets and productivity that **belongs to them,** is thereby **hypothecated and re-hypothecated** by the United States to **its** obligations as well as to the Federal Reserve **for the issuance and backing of Federal Reserve Notes as legal tender** "for all taxes, customs, and other public dues".

**TITLE 12>CHAPTER 3>SUBCHAPTER XII>Sec. 411**

**Sec. 411. – Issuance to reserve banks; nature of obligation; redemption**

> **Federal Reserve Notes,** to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve Banks through the Federal Reserve Agents as hereinafter set forth and for no other purpose, are authorized. **The said notes, shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve Banks and for all taxes, customs, and other public dues.**

The commerce and credit of the nation continues on today under financial reorganization (Bankruptcy) as it has since 1933, **still** backed by the assets and wealth of the American citizenry: **at risk** for the government's obligations and currency.

Under the 14th amendment and numerous Supreme Court precedents, as well as in equity, **PRIVATE property cannot be taken or pledged for public use without just compensation, or due process of law.** The United States **cannot pledge or risk the property and wealth of its private citizens, for any government purpose without legally providing them remedy to recover what is due them on**

**their** <u>**risk.**</u> This principle is so well established in English common law and in the history of American jurisprudence. The 14th amendment provides: "**no person shall be deprived of … property without due process of law".** And courts have long ruled to have one's property legally held as collateral or surety for a debt even when he still owns it and still has it is to **deprive** him of it since it is at risk and could be lost for the debt at any time.

The United States Supreme Court said, in United States v. Russell [13 Wall, 623, 627] **"Private property, the Constitution provides, shall not be taken for public use <u>without just compensation."</u>** "The **right of subrogation** is not founded on contract. It **is a creature of equity;** is enforced solely for the purpose of accomplishing the ends of substantial justice; **and is independent of any contractual relations between the parties." Memphis & L.R.R. Co. v. Dow, 120 U.S. 287, 301302 (1887)**

**The rights of a surety to recovery on his risk or loss when standing for the debts of another** was reaffirmed again as late as 1962 in Pearlman v. Reliance Ins. Co., 371 U.S. 132 when the Court said:

… **"sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, <u>even without a contractual promise…</u>And <u>probably there are a few doctrines better established…"</u>**

**Black's Law Dictionary, 5**[th] **Edition, defines "surety":**
"One who undertakes to pay **or to do any other act in event that his principal fails therein.** Everyone who incurs **a liability <u>in person or estate</u>** for the benefit of another, without sharing in the consideration, **stands in the position of a "surety".**

Constitutionally and in the laws of equity, the United States **could <u>not</u> borrow or pledge the property and wealth of its private citizens, <u>put at risk</u>, as collateral for <u>its</u> currency and credit <u>without</u> legally providing them <u>equitable remedy for recovery</u> of what is due them.**

The United States government, of course, did **not** violate the law or the Constitution in this way, in order to collateralize its financial reorganization, but did, **in fact,** provide such a legal remedy so that it has

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF
EXCHANGE

been able to continue on since 1933 to hypothecate the **private** wealth and assets of those classes of persons by whom it is owned, **at risk backing the government's** obligations and currency, **by their implied consent,** through the government having provided such <u>remedy,</u> as defined and codified above, for recovery of what is due them on their assets and wealth at risk.

The provisions for this are found in the same act of "Public Policy" **HJR-192, public law 73-10** that suspended the gold standard for our currency, abrogated the right to demand payment in gold, and made Federal Reserve Notes for the first time legal tender, **"backed by <u>the substance or "credit</u> <u>of the</u> <u>nation".</u>**

**All** US currency since that time is only **credit** again the real property, wealth and assets belonging to the private sovereign American people, **taken** and/or '**pledged'** by THE UNITED STATES to its **secondary** creditors as **security** for its obligations.

Consequently, those **backing** the nation's credit and currency **could not** recover what was due them **by anything drawn on Federal Reserve Notes <u>without</u> expanding their risk and obligation to themselves.** Any recovery payments backed by **this** currency would only <u>increase </u>**the public debt its citizens were collateral for, which an equitable remedy was intended to <u>reduce,</u>** and in equity would not satisfy anything. And there was <u> no longer </u> **<u>actual money of substance to pay</u>**

—

**<u>anybody.</u>**

There are other serious limitations on our present system. **Since the institution of these events, for practical purposes of commercial exchange, there has been no actual money in circulation by which debt owed from one party to another can actually be repaid.**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

Federal Reserve Notes, although made legal tender for all debts public and private in the reorganization, can only **discharge** a debt. Debt must be **"payed"** with **value or substance** ( .i e. gold, silver, barter, labor, or a commodity). For this reason HJR-192 (1933), which established the "public policy" of our current monetary system, repeatedly uses the technical term of "discharge" in conjunction with "payment" in laying out public policy for the new system. A debt currency system cannot pay debt.

So, from that time to the present, commerce in the corporate UNITED STATES and among subcorporate subject entities has had only debt note instruments by which debt can be discharged and transferred in different forms. The unpaid debt, created and/or expanded by the plan now carries a **public liability** for collection in that when debt is discharged with debt instruments (.i e. Federal Reserve Notes included), by our commerce, debt is inadvertently being **expanded** instead of being **cancelled,** thus **increasing the public debt. This is a situation potentially fatal to any economy.**

Congress and government officials who orchestrated the public laws and regulations that made the **financial reorganization** anticipated the long term effect of a debt based financial system which many in government feared, and which we face today in servicing the interest on trillions upon trillions of dollars in US Corporate public debt and in this same act made provision not only for the **recovery remedy to satisfy equity** to its Sureties, but **to simultaneously resolve this problem, as well.**

Since it is, in fact, the real property, wealth and assets of that class of persons that is **the substance** backing **all** the other obligations, currency and credit of THE UNITED STATES **and such currencies could not be used to reduce its obligations for equity interest recovery to it Principals and Sureties.**

HJR-192 further made the **"the notes of national banks"** and **"national banking associations"** on a par with its other currency and legal tender obligations:

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**TITLE 31, SUBTITLE IV, CHAPTER 51, SUB-CHAPTER 1, Sec. 5103 states:**

**Legal Tender** – United States coins and currency (including Federal reserve notes and circulating **notes of** Federal Reserve Banks and **National Banks**) are **legal tender** for all debts, public charges, taxes, and dues. (emphasis added).

But this official definition for **'legal tender'** was first established in **HJR-192 (1933)** in the same act that made Federal Reserve Notes and **notes of national banking associations** legal tender.

**Public Policy HJR-192**
JOINT RESOLUTION TO SUSPEND THE GOLD

STANDARD & ABROGATE THE GOLD CLAUSE – June 5, 1933

H.J. Res. 192. 73rd Congress, 1st Session

As used in this resolution, **the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency**) payable in money of the United States; and **the term "coin or currency" means coin or currency of the United States, including** Federal
Reserve notes and circulating **notes of** Federal Reserve Banks and **National Banking Associations.**

   **"All coins and currencies of the United States (including** Federal Reserve Notes and circulating **notes of** Federal Reserve Banks and National Banking Associations) heretofore or hereafter coined or issued, **shall be legal tender** for all debts, for public and private, public charges, taxes, duties, and dues,"

**[USC Title 12.221 Definitions** – "The terms **"national bank"** and **"national banking association"**… shall be held to be **synonymous and interchangeable."**]

 **" notes of national banks" or "national banking associations"** have continuously been maintained in the official definition of legal tender **since** June 5, 1933 to the present day, when the term had **never** been used to define "currency" or "legal tender" **before** that.

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

Prior to 1933 the forms of currency in use that were legal tender were many and varied: - United States Gold Certificates – United States Notes – Treasury Notes – Interest Bearing Notes – Gold Coins of United States – Standard Silver Dollars – Subsidiary Silver Coins – Minor Coins – Commemorative Coins – **but the list did <u>not</u> include federal reserve notes or notes of national banks or national banking associations** despite the fact national bank notes were a common medium of exchange or "currency" and had been, almost since the founding of our banking system and were backed by United States bonds or other securities on deposit for the bank with the US Treasury.

Further, **from the time of their inclusion in the definition they have been phased out** until presently **all** provisions in the United States Code pertaining to **incorporated federally chartered national banking institutions issuing, redeeming, replacing and circulating notes** have all been <u>**repealed:**</u>

**USC TITLE 12 > CHAPTER 2 – NATIONAL BANKS**

**Subchapter V – OBTAINING AND ISSUING CIRCULATING NOTES**

> ➢ Sec. 101 to 110 ,      Repealed. Pub. L. 103-325, Title VI, Sec. 602e5-11, f2-4a, g9, Sept. 23, 1994, 108 Stat. 2292, 2294
> SUBCHAPTER VI – REDEMPTION & REPLACEMENT OF CIRCULATING NOTES

> ➢ Sec. 121.     Repealed. Pub. L. 103-325, Title VI, Sec. 602 4f B, Sept. 23, 1994, 108 Stat. 2292
> ➢ Sec . 121a. Redemption of notes unidentifiable as to bank of issue
> ➢ Sec. 122.     Repealed. Pub. L. 97-258, Sec. 5b, Sept. 13, 1982, 96 Stat. 1068
> ➢ Sec. 122a . Redeemed notes of unidentifiable issue; funds charged against
> ➢ Sec. 123 to 126.  Repealed. Pub. L. 103-325, Title VI, Sec. 602e12, 13, f4C, 6, Sept. 23, 1994, 108 Stat. 2292, 2293
> ➢ Sec. 127 .     Repealed. Pub. L. 89-554, Sec. 8a, Sept. 6, 1966, 80 Stat. 633
> ➢

**As stated in "Money & Banking" 4th Edition, by David H. Friedman, published by the American**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**Bankers Association,** page 78, "***Today commercial banks no longer issue currency***..."

It is clear, federally incorporated banking institutions subject to the restrictions and repealed provisions of Title 12, **are <u>not</u> those primarily referred to maintained in the current definition of "legal tender".**

The legal statutory and professional definitions of **"bank", "banking", and "banker"** used in the United States Code and Code of Federal Regulations are not those commonly understood for these terms and have made the statutory definition of **"Bank"** accordingly:

UCC 4-105 PART 1

**"Bank" means <u>a person</u> engaged in the business of banking,"**

**12CFRSec. 229.2** Definitions **(e) Bank** means "the term bank also includes **<u>any person</u> engaged in the business of banking."**

**12CFRSec. 210.2** Definitions **(d) Bank** means "**any person engaged in the business of banking.**"

**USC Title 12 Sec. 1813 – Definitions of Bank and Related Terms – (1)** Bank means "any national bank, state bank, and district bank, and any federal branch and insured branch."

**Black's Law Dictionary, 5th Edition, page 133** defines a "Banker" – "In general sense, person that engages in business of banking. In a narrower meaning, **<u>a private person</u>** ... who is engaged in the business of banking **<u>without being incorporated</u>** . Under some statues, an individual banker, as distinguished from a "private banker", is a person who, having compiled with the statutory requirement, has received authority from the state to engage in the business of banking, while a **<u>private banker</u>** is a person engaged in banking **<u>without having any special privileges or authority</u> <u>from the state.</u>**"

**<u>" Banking"</u>** - Is partly and optionally defined as **"The business of issuing notes or circulation......, negotiating bills."**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**Black's Law Dictionary. 5th Edition**, page 133, defines <u>**"Banking":**</u>

**"The business of banking, as defined by law and custom, consists in the issue of notes……..** <u>**intended to circulate as money…….**</u>

And defines a <u>**"Bankers Note"**</u> as:

"A commercial instrument resembling a bank note in every particular except that it is **given by** <u>**a private**</u> <u>**banker**</u> **or** <u>**unincorporated banking institution."**</u>

Federal Statute does not specifically define **"national bank" and "national banking association"** in those sections **where these uses are legislated on** to exclude <u>a private banker</u> or <u>unincorporated</u> <u>banking institution.</u>

It **does** define these terms to the **exclusion** of such persons in the chapters and sections where the issue and circulation of notes by national banks has been **repealed or forbidden. "In the absence of a**

**statutory definition, courts give terms their ordinary meaning.**

"<u>Bass, Terri L. v. Stolper, Koritzinsky,</u> III F.3d 1325,7thCir.Apps.(1996).

As the U.S. Supreme Court noted, **"We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there."** See, e.g., United States v. Goldenburg, 168 U.S. 95, 102-103 (1897); **"The legislative purpose is expressed by the ordinary meaning of the words used.**

"<u>Richards v. United States,</u> 369 U.S.1 (1962).

Therefore, as noted above, the legal definitions related to **'legal tender'** have been written by Congress and maintained as such to be both **exclusive**, where necessary, and **inclusive**, where appropriate, to provide in its statutory definitions of **legal tender** for the **inclusion** of all those, who by definition of private, unincorporated persons engaged in the business of banking to issue notes **against** the obligation of the

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

United States for recovery on their risk, whose **private** assets and property are being used to collateralize the obligations of the United States since 1933, as collectively and nationally constituting a legal class of persons being a **"national bank" or "national banking association" with the right to issue such notes against The Obligation of THE UNITED STATES for equity interest recovery due and accrued to these Principles and Sureties of the United States backing the obligations of US currency and credit; as a means for the legal tender discharge of lawful debts in commerce as remedy due them in conjunction with US obligations to the discharge of that portion of the public debt, which is provided for in the present financial reorganization still in effect and ongoing since 1933.** [12 USC 411, 18 USC 8, 12 USC: ch. 6, 38 Stat.251 Sect 14(a), 31 USC 5118, 3123. with rights protected under the 14th

Amendment of the United States Constitution, by the U.S. Supreme Court in United States v. Russell (13 Wall, 623, 627), Pearlman v. Reliance Ins. Co., 371 U.S. 132,136,137 (1962) , The United States v. Hooe, 3 Cranch (U.S.)73(1805), and in conformity with the U.S. Supreme Court 79 U.S. 287 (1970), 172 $^{U.S.}$.48 (1898), and as confirmed at $_{307}$ $^{U.S.}$. 247(1939).]

HJR-192 further declared ……. **"every provision………which purports to give the oblige a right to require payment in gold or <u>a particular kind of coin or currency….is declared to be against Public Policy</u>; and no such provision shall be ….. made with respect to any obligation hereafter incurred."**

Making way for discharge and recovery on US Corporate public debt due the Principals and Sureties of THE UNITED STATES providing as **"public policy"** for the discharge of **"every obligation"**, **"including every obligation OF and TO THE UNITED STATES". "dollar for dollar",** allowing those backing the US financial reorganization to recover on it by **discharging** on obligation they owed **TO THE UNITED STATES** or its sub-corporate entities, **against that <u>same</u> amount of obligation <u>OF </u>THE UNTIED STATES owed to them; thus providing the <u>remedy for the discharge</u> and orderly recovery** of equity interest on US Corporate public debt due the Sureties, Principals, and Holders of THE UNITED STATES, discharging **that** portion of the public debt **<u>without </u>expansion of <u>credit</u>, <u>debt</u> or <u>obligation</u> on THE UNITED STATES <u>or</u> <u>these</u>** its prime-creditors it was intended to satisfy equitable

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

remedy to, but gaining for each bearer of such note, discharge of obligation equivalent in value 'dollar for dollar' to any and all **"unlawful money of the United States"**.

Those who constitute an association nationwide of private, unincorporated persons engaged in business of banking to issue notes **against** these obligations of the Unites States due them; whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a **"national banking association"**; such notes, issued against **these obligations of the United States to that part of the public debt due its Principals and Sureties** are required by law to be accepted as "legal tender" of payment for all debts public and private, and, as we have seen, are defined in law as **"obligations of the United States"**, on the same par and category with Federal reserve notes and other currency and legal tender obligations.

This is what is asserted in the tender presented to the bank for deposit and the government has said nothing to the contrary.

Would we question that this is exactly what Congress has provided for in these statues and codes on the public debt and obligations of the United States and that this is the remedy codified in statutory law and definition we have cited here? Even though it is never discussed.

Under this remedy for **discharge** of the public debt **and recovery** to its Principles and Sureties, **TWO debts** that would have been discharged in Federal Reserve debt note instruments or checks drawn on the same, equally **expanding** the public debt by those transactions, are discharged against **a SINGLE public debt of the Corporate UNITED STATES and its sub-corporate entities** to its prime-creditor **without the expansion and use of Federal Reserve debt note instruments as currency and credit,** and so, **without** the expansion of debt and debt instruments in the monetary system and the **expansion**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

**of the public debt** as burden upon the entire financial system and its Principals, and Sureties the recovery remedy was intended to relieve.

Apparently their use is for the discharge and **non-cash accrual reduction** of US Corporate public debt to the Principals, Prime Creditors and Holders of it as provided in law and the instruments will ultimately be settled by adjustment and set-off in discharge of a bearer's obligation TO THE UNITED STATES against the obligation OF THE UNITED STATES for the amount of the instrument to the original creditor it was tendered to or whomever or whatever institution may be the final

bearer and holder in due course of it, again, thus discharging **that** portion of the public debt **without expansion of credit, debit or note on the prime-creditors of THE UNITED STATES** it was intended to satisfy equitable remedy to, but gaining for each endorsed bearer of it discharge of obligation equivalent in value 'dollar for dollar' of currency, measurable in **"lawful money of the United States".**

Although this has been public policy as a remedy for the discharge of debt in conjunction with removal of gold, silver and real money as legal tender currency by the same act of public policy in 1933, it has been a **difficult** concept to communicate for others to accept and to know what to do with it, so its never gained common use and for obvious reasons the government has **discouraged** public understanding of the remedy and recovery under t and therefore it is **little known** and not generally accessed by the public. But it is still an obligation the United States has **bound** itself to and has provided for in statutory law and the United States still accepts these non-cash accrual exchanges today as a matter of law and equity. So is the experience of many who have attempted to access the remedy.

That the "public policies" of House Joint Resolution 192 of 1933 are still in effect is evidenced by the other provisions of "public policy" it established that we can see along with these discussed. No one would attempt to demand payment in gold or a particular kind of coin or currency in use or think to write such an obligation into a contract, **because the gold standard for currency is <u>still suspended</u> and the right**

Page **15** of **22**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

to a 'gold clause' to require payment in gold is <u>still abrogated</u>.  Both are also part of "public policy" established in HJR-192.

The practical evidence and fact of the United States' financial reorganization (bankruptcy) is still ongoing today, visible all around us to see and understand.  When Treasury notes come due, they're not paid. They are **refinanced** by **new** T-Bills and notes to back the currency and cover the debts.  ...something that cannot be done with debt ......**unless,...... the debtor is protected from creditors in a bankruptcy reorganization** that is regularly being **restructured** to keep it going. Every time the Federal debt ceiling is raised by Congress **they are restructuring the** bankruptcy reorganization of the government's debt so commerce can continue on.

For obvious reasons the United States government does not like having to recognize all this.  It is a very sensitive and delicate matter.  And few can speak or **will** speak authoritatively about it, as the bank has found out.

The recovery remedy is maintained in law because it has to be to satisfy equity to its prime creditors.  At this late time, the United States is neither expecting nor intending it to be generally accessed by the public. Regarding such instruments tendered to the Secretary, when public officials are put in a position to legally acknowledge or deny the authority or validity of the instruments, those in responsibility **will not deny or dishonor it, or an instrument of discharge property submitted for that purpose.**

The issue what has the government said about it **now?** What
is the policy **in practice?**
And how **does** it finally respond to such claims of which it receives thousands every day?

**Is it a fact:** Title 31 USC 3123 makes a statutory pledge of the United States government to payment of obligations and interest on the public debt.

TITLE 31, SUBTITLE III, CHAPTER 31, SUBCHAPTER II, Sec. 3123 – **Payment of obligations and interest on the public debt**

(a)The faith of the United States Government is pledged to pay in **legal tender**, principal and interest on the obligations of the Government issued under this chapter.

"(b) **The Secretary of the Treasury** shall pay interest due or accrued on the public debt."

**It is a fact:** Title 32 Section 3130 further delineates in its definitions a portion of the total public debt which is **held by the public** as the "Net public debt"

**TITLE 31 >SUBTITLE>CHAPTER 31>SUBCHAPTER II>Sec. 3130.**

**Sec.3130. – Annual public debt report**

(e) Definitions. –

(2) Total public debt. – The term "total public debt" means the total amount of the obligations subject to the public debt limit established in section 3101 of this title.

(3) **Net public debt. –**

　　**The term "net public debt" means the portion of the total public debt which is held by the public.**

**It is a fact:** Section 3101 references **guaranteed obligations held by the Secretary of the Treasury** which are **expected** and **exempted** from "the face amount of obligations whose principal and interest are guaranteed by the United States Government.

877 71 5 4342

Info@chicagoWmg.com

Met Life, Inc
1 800 - 638 - 5433

160 S. Myrtle Ave, Suite 101
Villa Park,
IL 60181 ~ (415) 756 - 5676

Reggie (415) 756 - 5676

Nova Tech

Dimitri Shvets
773 699 - 9706

Ext 5996  20353507

Whole life

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

not been **paid or** accepted. Return of an instrument **given to a bank for collection** is sufficient notice of dishonor.

c) Subject to Section 3-504(c), **with respect to an <u>instrument </u>taken for collection** notice of dishonor must be given.... **within 30 days following the day on which the person receives notice of dishonor. With respect to <u>any other instrument, </u>notice of dishonor must be given <u>within 30 days following the day on which dishonor occurs.</u>**

**These instruments are never returned from the Treasury dishonored.**

**It is a fact:** There is no basis or reason or plausible explanation for such **unexplained silence** with regard to **these** particular instruments.

Every other branch of the Federal government including the Dept. of the Treasury has developed elaborate libraries of computer generated form letters of statements and replies dealing with almost every possible question or claim that could be made of any agency or department of the Federal government. The United States Treasury has an Office of Public Correspondence whose sole job it is to respond to communications from the general public. **THERE IS NO COMMUNICATION SENT TO THE UNITED STATES TREASURY THAT CAN NOT BE RESPONDED TO AS IT MAY REQUIRE.**

Many such categories of requests calling for response are **far greater** in number than claims in equity for recovery to a Prime-creditor over the United States and some categories are **far fewer** in number, and yet be the requests greater or smaller in number or in complexity of response required, **<u>all these of a commercial nature are regularly and timely responded to.</u>**

**There is virtually <u>no written response</u> by the Federal government to this issue of recovery to the prime-creditors and holders in equity over the United States. The factually observable position of the Secretary of the Treasury and his department in response to <u>THIS</u> type of claim has been ABSOLUTE SILENCE be they from bank, business or private person:**

**Not denial, disavowal, dishonor, or repudiation of such claims OR their basis in law and fact if they are not true, which in every other case of correspondence to the Federal government or the Department of Treasury dealing with any question, request or claim:  ANY SUCH FALSE CLAIM, MISCONCEPTION OR MISTAKEN UNDERSTANDING ON THE PART OF THE GENERAL PUBLIC IS TIMELY DEALT WITH IN <u>EVERY CASE</u> BY SUCH FORM LETTERS.**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

It is the **duty** of the United States Treasury to the commerce of the nation and in the interests of the general public whom it serves to **quickly** and **conclusively quash and repudiate any such false understandings** or **claims of remedy in equity on recovery of the public debt in the commercial realm and it is easily within their power to do so.**

**This despite the fact** the only official US government directive from the Department of the Treasury dealing with policy of the government toward fictitious or otherwise invalid instruments sent to the Treasury for collection status **clearly "<u>they will be returned to the sender.</u>"**

There is, therefore, no basis or reason or plausible explanation for such **unexplained silence** with regard to **this** particular class of instrument **except** that **a remedy in equity for recovery to the prime-creditors over the United States IS true and factual and CANNOT BE DENIED or DISHONORED in equity, and that such Bills of Acceptance in discharge of mutually offsetting obligations between the United States and its holders in equity as secured parties ARE, in fact, being kept, held, and without return or dishonor, accepted as obligations of the United States in the discharge and recovery of the public debt as they make claim on their face to the Secretary of the Treasury to be.**

**How** they are to be recovered on is up to the parties involved holding such obligations and is provided for in law and regulation and regulation and administration procedure a holder or its banking institution may use.

**In Conclusion:**

**When a Commercial Bank sends the instrument to the Secretary for discharge of its own obligations and a problem arises concerning the instrument, a commercial response of some kind is required. There is a legal liability of the government to a negotiable legal tender obligation upon the United States government sent to them for acceptance by a member Federal Reserve Bank after they received it and became responsible for it.**

The Treasury has an obligation as a department of government serving the public interest to the bank which as a member of the Federal Reserve System that has a commercial obligation to an account holder and a 3rd party who tendered the item in payment to tell them that its not any good or its not going to be honored, even if they wanted to keep it for prosecution or investigation. This is in effect what the directive says the government will do if its no good. **What does statutory law, regulation, or case law tells us about what that obligation is?**

NOTICE OF MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF INTERNATIONAL BILL OF EXCHANGE

They do not dishonor it in any way by return of the item or the sending of any notice to that effect, or make request for additional information or time for examination of the instrument, or given a statement of explanation indicating the time frame for its review and settlement if it would be an inordinately lengthy time as longer than 60 days to finish with it. The instruments are being kept, held, and without return or dishonor, are accepted as an obligation of the United States in the discharge and recovery of the public debt as it makes claim on its face to be.

Put another way: If the bank had had to pay the item to honor its customer agreement as if it had been a check, **what would or could the bank be trying to do with it to finally settle the account? The bank needs to treat the Instrument tendered as an obligation of the United States to the bank. The tender of these instruments discharge the obligation of the debt for which they are delivered and the payee becomes the new holder in due course and collection agent on the instruments.**



# Cook County Incident Report

## I. Claimant Information

| Moorish Science Temple of America | | | (773) 699-5905 |
|---|---|---|---|
| Name | | Home Phone | Cell Phone |
| 9355 S. King Dr | Chicago | Ill 60619 | moorishhomeoffice@gmail.com |
| Home Address | City | State, ZIP | E-mail |

## II. Incident Information

Discrimination against a Religious society, etc

| Nature of Damage/Injury | Ambulance Company and No. *if applicable* | | Hospital |
|---|---|---|---|
| 07/28/2016 | | | |
| Date | Time (AM/PM) | Weather | |
| 118 N. Clark St. | Chicago | | Cook County Recorder of Deeds Ofc |
| Street Address | City | Exact Location | |

## III. Description of Incident – What Happened?

Breach of Fiduciary duty to contract put in place as Trust Doc # 10105905 Book 521 Page 579 filed on Aug 1, 1928@2:52PM with evidence of the violation of 805 ILCS 110/43 (Power of Trustees over Property) in email correspondence dated 7/8/2016, 7/28/2016.

## IV. Property Description (if applicable)

| Owner's Name | Street Address | City | Home Phone |
|---|---|---|---|
| Make | Model | | Year |
| Description of damage: | | | |

## V. Witness Information

| A. | | | | |
|---|---|---|---|---|
| | Witness Name | Street Address | City | Home Phone |
| B. | | | | |
| | Witness Name | Street Address | City | Home Phone |

## VI. Other

| *Grand Sheik Lyonel Love EL* | 12/07/2016 |
|---|---|
| Claimant Signature | Date |

**Please e-mail or fax this form along with photos and repair estimates:**
**e-mail: riskmgmt.genliability@cookcountyil.gov**    **Fax:1-866-841-0447**